AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN'S OFFICE

2005 AUG 30 P 2: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

SANJARI  AMIR H.

V.

GRATZOL  ALISON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 - 11723 RCL

TO: (Name and address of Defendant)

ALISON GRATZOL
26795 Bridgewater Court
Elkhart
Indiana 46514

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AMIR H. SANJARI  (pro se)
18 Dale Street
Unit 4-E
Andover
MA  01810

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AUG 19 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 08.22.2005 |
| NAME OF SERVER (PRINT) AMIR H. SANJARI | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): BY U.S. CERTIFIED EXPRESS MAIL. RECEIPT ATTACHED.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08.27.2005             _A. H. Sanjari_
            Date                   Signature of Server

18 Dale St., Unit 4-E, Andover, MA 01810
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Melody Sanyari* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Melody Sanyari*   C. Date of Delivery: 8-25-05 |
| 1. Article Addressed to:<br><br>ALISON GRATZOL<br>26795 BRIDGEWATER<br>COURT<br>ELKHART<br>IN 46514 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☒ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   ED93 0567236 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

