AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

District of _____

U.S. DISTRICT COURT

SANJARI   AMIR H.

**SUMMONS IN A CIVIL ACTION**

V.

GRATZOL   ALISON

CASE NUMBER:

# 05 - 11723 RCL

TO: (Name and address of Defendant)

MAX K. WALKER
131 East Franklin Street
Suite 12
Elkhart
Indiana  46516

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AMIR H. SANJARI   (pro se)
18 Dale Street
Unit 4-E
Andover
MA  01810

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 1 9 2005

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 08.22.2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| AMIR H. SANJARI | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): BY U.S. CERTIFIED EXPRESS MAIL. RECEIPT ATTACHED.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   08.27.2005     _A.H. Sanjari_
           Date          Signature of Server

               18 Dale St., unit 4-6, Andover, MA 01810
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAX  K. WALKER, JR.
131 EAST FRANKLIN ST.
SUITE 12
ELKHART
        IN 46516

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☑ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    ED 4554 8826 6 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

 Dr. Amir H. Sanjari
18 Dale St. 4-E
Andover, MA 01810