℁AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ _____

SANJARI   AMIR  H.

**SUMMONS IN A CIVIL ACTION**

V.

GRATZOL   ALISON

CASE NUMBER:

05 - 11723 RCL

TO: (Name and address of Defendant)

REX L. REED
Judge, Kosciusko Circuit Court
121 North Lake Street
Warsaw
Indiana  46580-2785

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AMIR H. SANJARI   (pro se)
18 Dale Street
Unit 4-E
Andover
MA  01810

an answer to the complaint which is served on you with this summons, within _____**10**_____ days aft ervice
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be take n a st you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be file ith the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP - 8 2005

CLERK _____     DATE

(By) DEPUTY CLERK _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09.12.2005 | |
| NAME OF SERVER *(PRINT)* AMIR H. SANJARI | TITLE PLAINTIFF | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By U.S. CERTIFIED MAIL - RECEIPT ATTACHED.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09.19.2005
Date

Signature of Server

18 Dale Street, 4-E,
Andover, MA 01810.
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery<br>9-12 |
| 1. Article Addressed to:<br><br>Judge Ron L. Reed<br>Kosciusko Circuit Court<br>121 North Lake St.<br>Warsaw<br>IN 46580 - 2785 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer fro _____ 7003 0500 0001 6205 6038 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*S*  Dr. Amir H. Sanjari
18 Dale St. 4-E
Andover, MA  01810

C027