UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIR H. SANJARI<br><br>        Plaintiff<br>v.<br><br>ALISON GRATZOL, JOHN GRATZOL, MAX K. WALKER, JR., ESQ., LOU ANN TODD, AND SUPERIOR COURTS OF THE STATE OF INDIANA<br><br>        Defendants | Civil Action No: 05-CV-11723RCL |

**DEFENDANTS ALISON GRATZOL, JOHN GRATZOL, AND MAX K. WALKER, JR.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, AND FOR SANCTIONS**

Defendants Alison Gratzol, John Gratzol, and Max K. Walker, Jr. hereby move pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3), to dismiss the claims against them on the grounds of lack of personal jurisdiction and improper venue.  In addition, Defendants move pursuant to 28 U.S.C. § 1927 and this Court's inherent powers for sanctions in the form of an order precluding the Plaintiff from filing new actions against these defendants without leave of court.  In support of this motion, Defendants file herewith the affidavits of Alison Gratzol, John Gratzol, Max K. Walker Jr., and Eric M. Sommers, Esq., and a supporting Memorandum.

CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I, Eric M. Sommers, counsel for Defendants certify that I conferred with the Plaintiff, Amir H. Sanjari, in good faith, to resolve or narrow the issues set forth in the motion.  I spoke with Mr. Sanjari by telephone and explained that I would be filing a motion to dismiss unless

he withdraw his claims against the Defendants.  Mr. Sanjari responded that he believed his claims were legitimate and that he would not withdraw them.

WHEREFORE, the Defendants respectfully request that the Court enter an Order:

1. Dismissing this case;

2. Enjoining the Plaintiff from filing further actions in this Court or other courts unless he first seeks leave from the court to do so; and

3. Granting such further relief as may be just, equitable and appropriate.

Respectfully submitted,

Alison Gratzol
John Gratzol
Max K. Walker, Jr.

By their attorneys,

McLANE, GRAF, RAULERSON & MIDDLETON, PROFESSIONAL ASSOCIATION

Dated: September 19, 2005

By: __/s/ Eric M. Sommers_____
    Eric M. Sommers, BBO #649611
    900 Elm Street
    P.O. Box 326
    Manchester, NH 03105
    Tel: 603-628-1337
    Fax: 603-625-5650
    eric.sommers@mclane.com

**Certificate of Service**

Dr. Amir H. Sanjari
18 Dale Street 4-E
Andover, MA 01819

David A. Arthur, Esq.
Deputy Attorney General
Indiana Government Center South, 5th Floor
302 West Washington street
Indianapolis, IN 46204

Peter C. Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940

     I hereby certify that on September 19, 2005, I caused to be served on the above-named counsel of via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing or by first class mail, postage prepaid.

                                                                                           /s/ Eric M. Sommers
                                                                                        Eric M. Sommers