UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIR H. SANJARI<br><br>   Plaintiff<br>v.<br><br>ALISON GRATZOL, JOHN GRATZOL, MAX K. WALKER, JR., ESQ., LOU ANN TODD, AND SUPERIOR COURTS OF THE STATE OF INDIANA<br><br>   Defendants | Civil Action No: 05-CV-11723RCL |

## AFFIDAVIT OF MAX K. WALKER, JR., ESQ.

I, Max K. Walker, Jr., Esq., being duly sworn, state as follows:

 1. I am an Indiana resident and currently reside in Elkhart, Indiana, I have lived in Indiana since 1945.

 2. I am an attorney in good standing authorized to practice law in Indiana, and have been engaged in the practice of law in Elkhart, Indiana for nearly 35 years. I was retained by Alison Gratzol in 1999 to represent her in a divorce proceeding against Amir Sanjari. Since the Dissolution was granted, I have continued to represent Alison Gratzol in ongoing disputes with Amir Sanjari over property division, custody of the children, visitation rights, and support.

 3. I have never lived in Massachusetts. I have visited Massachusetts twice, but the last time was more than 20 years ago.

4. My only contact with Mr. Sanjari has been in relation to my representation of Alison Gratzol in her divorce from Mr. Sanjari and the subsequent related property, custody, visitation and support disputes.

5. I have not:

   (a) transacted any business in Massachusetts;

   (b) contracted to supply services or things in Massachusetts;

   (c) caused tortious injuries by an act or omission in Massachusetts;

   (d) regularly done or solicited business, engaged in any persistent course of conduct, or derived any revenue for goods used or consumed or services rendered, in Massachusetts;

   (e) had any interest in, used or possessed real property in Massachusetts;

   (f) contracted to insure any person, property or risk located in Massachusetts;

   (g) maintained a domicile in Massachusetts; or

   (h) been subject to the personal jurisdiction of a court of Massachusetts.

Further affiant sayeth not.

Dated: September 16, 2005    By:/s/Max K. Walker_____
                                  Max K. Walker, Jr., Esq,

STATE OF INDIANA
COUNTY OF ELKHART

On this 16th day of September, 2005, personally appeared before me the above-named and swore that the foregoing statements are true to the best of knowledge and belief.

                                           /s/Jessica M. Miller_____
                                           Notary Public [seal]