UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIR H. SANJARI<br><br>           Plaintiff<br>v.<br><br>ALISON GRATZOL, JOHN GRATZOL, MAX K. WALKER, JR., ESQ., LOU ANN TODD, AND SUPERIOR COURTS OF THE STATE OF INDIANA<br><br>           Defendants | Civil Action No: 05-CV-11723RCL |

## AFFIDAVIT OF ALISON GRATZOL

I, Alison Gratzol, being duly sworn, state as follows:

1.      I am an Indiana resident and currently reside in Elkhart, Indiana,  I have lived in Indiana since the fall of fall of 1994, first in South Bend and then in Elkhart since 1996.

2.      In January of 1993, I moved to the United States from Oxfordshire, England, and lived on Long Island until I moved to Indiana in 1994.  I have never lived in Massachusetts, nor do I remember ever having visited there.

3.      In 1982, I married Amir H. Sanjari, the plaintiff in this case.  I was married to him for approximately 18 years until I was granted a divorce by the Elkhart (Indiana) Circuit Court on August 23, 2000.  Mr. Sanjari and I have two children from the marriage.  I currently have sole legal and physical custody of the children.

4.      Because Mr. Sanjari has visitation rights with his children, I have to communicate with him from time to time about visitation arrangements.  We communicate either by telephone

or by electronic mail.  Aside from that limited communication, I do not have any contact with Mr. Sanjari.

     5.    I have not:

        (a)    transacted any business in Massachusetts;

        (b)    contracted to supply services or things in Massachusetts;

        (c)    caused tortious injuries by an act or omission in Massachusetts;

        (d)    regularly done or solicited business, engaged in any persistent course of conduct, or derived any revenue for goods used or consumed or services rendered, in Massachusetts;

        (e)    had any interest in, used or possessed real property in Massachusetts;

        (f)    contracted to insure any person, property or risk located in Massachusetts;

        (g)    maintained a domicile in Massachusetts; or

        (h)    been subject to the personal jurisdiction of a court of Massachusetts.

Further affiant sayeth not.

Dated: <u>September 16, 2005</u>      By:<u>/s/Alison Gratzol_____</u>
                                               Alison Gratzol

STATE OF INDIANA
COUNTY OF ELKHART

    On this 16th day of September, 2005, personally appeared before me the above-named and swore that the foregoing statements are true to the best of knowledge and belief.

                              <u>/s/Elaine A. Caldwell</u>
                              Notary Public [seal]
                              Commission Expires December 10, 2009