UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIR H. SANJARI<br><br>    Plaintiff<br>v.<br><br>ALISON GRATZOL, JOHN GRATZOL, MAX K. WALKER, JR., ESQ., LOU ANN TODD, AND SUPERIOR COURTS OF THE STATE OF INDIANA<br><br>    Defendants | Civil Action No: 05-CV-11723RCL |

## AFFIDAVIT OF JOHN GRATZOL

I, John Gratzol, being duly sworn, state as follows:

1.   I am an Indiana resident and currently reside in Elkhart, Indiana,  I have lived in Indiana my whole life.  I grew up in Mishawaka and have lived in Elkhart for more than thirty years.

2.   I have never lived in Massachusetts, nor do I remember ever having visited there.

3.   I married Alison Gratzol in 2002.  I have virtually no contact with Alison's former husband, Amir H. Sanjari, other than if I answer the telephone when he calls.

4.   I have not:

   (a)   transacted any business in Massachusetts;

   (b)   contracted to supply services or things in Massachusetts;

   (c)   caused tortious injuries by an act or omission in Massachusetts;

(d) regularly done or solicited business, engaged in any persistent course of conduct, or derived any revenue for goods used or consumed or services rendered, in Massachusetts;

(e) had any interest in, used or possessed real property in Massachusetts;

(f) contracted to insure any person, property or risk located in Massachusetts;

(g) maintained a domicile in Massachusetts; or

(h) been subject to the personal jurisdiction of a court of Massachusetts.

Further affiant sayeth not.

Dated: September 16, 2005                By:/s/John T. Gratzol
                                             John Gratzol

STATE OF INDIANA
COUNTY OF ELKHART

On this 16th day of September, 2005, personally appeared before me the above-named and swore that the foregoing statements are true to the best of knowledge and belief.

/s/Elaine A. Caldwell
Notary Public [seal]
My Commission Expires December 10, 2009