# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMIR H. SANJARI, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 05-11723 RCL |
| ALISON GRATZOL, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Ernest L. Sarason, Jr., Assistant Attorney General, respectfully urges the Court, pursuant to L.R. 83.5.3, to permit David A. Arthur, Deputy Attorney General of Indiana, to appear *pro hac vice* for defendants Rex L. Reed and Elkhart Superior Courts 5, State of Indiana.

This motion is made pursuant to L.R. 83.5.3 and is based on the attached supporting affidavit of David A. Arthur, Deputy Attorney General of Indiana.

FILING FEE PAID:
RECEIPT # 67127
AMOUNT $ 50.00
BY DPTY CLK
DATE 9-27-05

WHEREFORE, it is respectfully urged that this Honorable Court:

1. Grant David A. Arthur, Deputy Attorney General of Indiana leave to appear *pro hac vice* for defendants Rex L. Reed and Elkhart Superior Courts 5, State of Indiana; and

2. Grant such other and further relief as may be just and proper.

Respectfully submitted,

TOM REILLY
ATTORNEY GENERAL

By: _____
Ernest L. Sarason, Jr., BBO No. 441980
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
Telephone: (617) 727-2200
Fax: (617) 727-3118

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing motion has been served on all parties and counsel of record by United States Mail, First-Class postage prepaid and affixed, this 26 day of September, 2005:

Amir H. Sanjari
18 Dale St.
Unit 4-E
Andover, MA 01810

Eric M. Sommers
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326

Peter C. Kober
Litchfield Cavo LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940

Ernest L. Sarason, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2005 SEP 26 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

AMIR H. SANJARI, )
)
      Plaintiff, )
)
v. ) CASE NUMBER: 05-11723 RCL
)
ALISON GRATZOL, *et al.*, )
)
      Defendants. )

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

    Please notice my appearance as counsel for the Defendants, Elkhart Superior Court 5, and Judge Rex L. Reed in the above-captioned case.

                                    COMMONWEALTH OF MASSACHUSETTS
                                    By its Attorneys,

                                    THOMAS F. REILLY
                                    ATTORNEY GENERAL

                                    _____
                                    Ernest L. Sarason, Jr., BBO # 441980
                                    Assistant Attorney General
                                    One Ashburton Place, Room 1813
                                    Boston, MA 02108
                                    (617) 727-2200 x 3220

## CERTIFICATE OF SERVICE

    I, Ernest L. Sarason, Jr., hereby certify that on September 26, I served a copy of the foregoing **documents** upon the counsel of record for the plaintiff, by serving a copy postage pre-paid to:

Amir H. Sanjari
18 Dale St.
Unit 4-E
Andover, MA 01810

Peter C. Kober
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940

Eric M. Sommers
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326

                                                  Ernest L. Sarason, Jr.
                                                  Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 SEP 26 P 4:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMIR H. SANJARI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NUMBER: 05-11723 RCL |
| ALISON GRATZOL, *et al.*, | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT AND CERTIFICATE OF DAVID A. ARTHUR

I, David A. Arthur, after first being duly sworn upon my oath, depose and state that:

1. I am a Deputy Attorney General of Indiana and have been so employed continuously since July 26, 1976.

2. I was admitted before the Supreme Court of Indiana on October 21, 1975, and am in good standing and have been in good standing with that Court since admission. My Indiana Attorney Number is 2461-48.

3. I have also been admitted to the bars of the following courts on the dates shown and am in good standing before each of them:

   a. Supreme Court of the United States, January 22, 1979.

   b. United States Court of Appeals for the Seventh Circuit, July 6, 1979.

   c. United States Court of Appeals for the Eighth Circuit, November 20, 1986.

   d. United States Court of Appeals for the Sixth Circuit, March 4, 1987.

   e. United States Court of Appeals for the Second Circuit, July 28, 2005.

   f. United States District Court for the Southern District of Indiana, September 9, 1976.

   g. United States District Court for the Northern District of Indiana, December 29, 1983.

  4. I have been granted permission to appear by special leave or *pro hac vice* in specific cases in at least the following courts:

   a. United States District Court for the Northern District of Illinois.

   b. United States District Court for the Southern District of Illinois.

   c. United States District Court for the Northern District of Georgia.

   d. United States District Court for the Southern District of Ohio.

   e. United States District Court for the Western District of Wisconsin.

   f. United States District Court for the Western District of Kentucky at Paducah.

   g. United States District Court for the Western District of Kentucky at Louisville.

   h. United States District Court for the District of Minnesota.

   i. United States District Court for the Eastern District of Missouri.

   j. United States District Court for the Central District of California.

   k. United States District Court for the Southern District of New York.

   l. United States District Court for the District of New Hampshire.

   m. State courts in both Illinois and Ohio.

5.	I have never been formally disciplined by any Court.

6.	There are no disciplinary proceedings pending against me in any court.

7.	Pursuant to Indiana statutes, the Indiana Attorney General, in person or by Deputy, provides representation to State agencies, including the state courts, and to Judges and other judicial officers. Indiana Code §§ 4-6-4-1 and 33-38-12-1 *et seq.*

8.	The requisite fee is being submitted to the Clerk with this motion.

9.	I have read the Local Rules of this Court and am also familiar with the Federal Rules of Civil Procedure and other applicable Federal Rules because of extensive practice in the federal courts in Indiana and in other jurisdictions.

10.	If granted leave to appear *pro hac vice*, I will make myself available before this Court on reasonable notice for any conference, hearing, trial or other court proceeding that this Court deems appropriate in this case.

11.	I am familiar with Electronic Case Filing and am registered in both Districts in Indiana, in the Southern District of New York, in the Western District of Kentucky and in the District of New Hampshire; I intend to register in this District if and when leave to appear *pro hac vice* is granted.

12.   Further affiant sayeth naught.

*[signature]*
David A. Arthur
Deputy Attorney General

Subscribed and sworn to before me, a Notary Public in and for said County and State, this 22nd day of September, 2005.

*[signature]*
Brenda L. Mahana

My Commission Expires:        County of Residence:
July 22, 2008                 Marion

4

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 24 P 4: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMIR H. SANJARI, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 05-11723 RCL |
| ALISON GRATZOL, *et al.*, | ) |
| Defendants. | ) |

### CERTIFICATION OF COUNSEL FOR
### ELKHART SUPERIOR COURT NO. 5 AND JUDGE REX L. REED

I, David A. Arthur, Deputy Attorney General of Indiana, hereby certify, pursuant to and in accordance with Local Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, that I conferred by telephone with the *pro se* plaintiff, Dr. Amir H. Sanjari, at approximately 8:20 a.m. (E.S.T.) on September 22, 2005, for the purpose of attempting in good faith to resolve or narrow the issues raised by the motion to dismiss Elkhart Superior Court No. 5 and Judge Rex L. Reed. During that conversation, I informed Dr. Sanjari who I am, that I represent the Court and Judge Reed, that the telephone call is similar to those he received from counsel for other defendants in this case and that we are filing a motion to dismiss based on the fact that one cannot sue Indiana residents concerning facts arising in Indiana in a court situated in Massachusetts and that the Local Rules required the telephone call. Dr. Sanjari responded that he believes that because he is raising federal claims then the federal courts have jurisdiction, including the District Court in

Massachusetts and that he would be filing a response to the motion to dismiss as he has filed responses to the motions to dismiss filed by the other defendants on similar grounds.

*David A. Arthur*
Deputy Attorney General of Indiana

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing certificate of counsel has been served on all parties and counsel of record by United States Mail, First-Class postage prepaid and affixed, this 26 day of September, 2005:

Amir H. Sanjari
18 Dale St.
Unit 4-E
Andover, MA 01810

Eric M. Sommers
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326

Peter C. Kober
Litchfield Cavo LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940

Ernest L. Sarason, Jr.
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
Telephone: (617) 727-2200
Fax: (617) 727-5765

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMIR H. SANJARI,                          )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   CASE NUMBER: 05-11723 RCL
                                          )
ALISON GRATZOL, et al.,                   )
                                          )
        Defendants.                       )


### ORDER GRANTING DAVID A. ARTHUR LEAVE TO APPEAR *PRO HAC VICE*

This matter is before the Court on the motion for admission of David A. Arthur, Deputy Indiana Attorney General, *pro hac vice* for defendants Rex L. Reed and Elkhart Superior Courts 5, State of Indiana.

The motion is **GRANTED**. David A. Arthur, Deputy Indiana Attorney General, is granted leave to appear *pro hac vice* for defendants Rex L. Reed and Elkhart Superior Courts 5, State of Indiana.

All of which is **ORDERED** this _____ day of September, 2005.


                                      _____
                                      **REGINALD C. LINDSAY**
                                      United States District Judge

Distribution attached.

Copies to:

Amir H. Sanjari
18 Dale St.
Unit 4-E
Andover, MA 01810

David A. Arthur
Deputy Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

Peter C. Kober
Litchfield Cavo LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940

Eric M. Sommers
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326

Ernest L. Sarason, Jr.
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108