UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 SEP 26 P 4: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMIR H. SANJARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 05-11723 RCL |
| ) | |
| ALISON GRATZOL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS ELKHART SUPERIOR COURT
AND JUDGE REX L. REED**

Defendant Elkhart Superior Court 5, State of Indiana, and Judge Rex L. Reed, by counsel, Ernest L. Sarason, Jr., Assistant Attorney General, Commonwealth of Massachusetts, and David A. Arthur, Deputy Attorney General, State of Indiana, urge the Court, pursuant to Rules 12(b)(1) and 12(b)(2), Fed.R.Civ.Pro., to dismiss the cause of action herein as against them for the reasons that:

    1.    This Court lacks jurisdiction over the person of the defendants Elkhart Superior Court 5, State of Indiana, and Judge Rex L. Reed; and,

    2.    This Court lacks jurisdiction over the subject matter as to claims against the Elkhart Superior Court 5, State of Indiana by reason of the Eleventh Amendment to the Constitution of the United States.

A memorandum in support of this motion is filed herewith and made a part hereof.

WHEREFORE, defendant State Courts of the State of Indiana and Judge Rex L. Reed urge the Court to dismiss the cause of action herein as against it and to grant it all other just and proper relief in the premises.

Respectfully submitted,

ELKHART SUPERIOR COURT 5
JUDGE REX L. REED

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Ernest L. Sarason, Jr., BBO No. 441980
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108
Telephone: (617) 727-2200
Fax: (617) 727-3118

STEVE CARTER
Indiana Attorney General

By: _____
David A. Arthur
Deputy Indiana Attorney General
Ind. Atty. No. 2461-48
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6286
Fax: (317) 232-7979
E-Mail: DArthur@atg.state.in.us

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing motion has been served on all parties and counsel of record by United States Mail, First-Class postage prepaid and affixed, this 26 day of September, 2005:

Amir H. Sanjari
18 Dale St.
Unit 4-E
Andover, MA  01810

Eric M. Sommers
McLane, Graf, Raulerson & Middleton
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326

Peter C. Kober
Litchfield Cavo LLP
6 Kimball Lane, Suite 100
Lynnfield, MA  01940

_____
Ernest L. Sarason, Jr.
Assistant Attorney General