**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| Amir H. Sanjari, | )    Civil Action No. <u>05 – 11723 RCL</u> |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| ALISON GRATZOL | ) |
| JOHN GRATZOL | ) |
| MAX K. WALKER, JR., ESQ. | ) |
| LOU ANN TODD | ) |
| ELKHART SUPERIOR COURT 5 OF | ) |
|     STATE OF INDIANA | ) |
| JUDGE REX L. REED | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF AMIR H. SANJARI'S CROSS-MOTION IN OPPOSITION
TO DEFENDANTS ALISON GRATZOL, JOHN GRATZOL, AND
MAX K. WALKER, JR.'S MOTION TO DISMISS FOR LACK
OF PERSONAL JURISDICTION AND IMPROPER VENUE, AND FOR
SANCTIONS**

Plaintiff, Amir H. Sanjari, the undersigned, for his Cross-Motion, alleges

as follows:

1.     Defendants Alison Gratzol, John Gratzol, and Max K. Walker, Jr. are in

error with regard to their assertions that Plaintiff lacks personal jurisdiction and improper

venue over the defendants.

2.     Plaintiff Amir H. Sanjari attached a true and correct copy of his Indiana

Decree of Dissolution, Cause Number 20C01-9908-DR-140, that was reduced to

Judgment and entered on August23, 2000. (See Plaintiff's Exhibit #1 of Cross-Motion in

1

Opposition to Lou Ann Todd's Motion to Dismiss). The state proceedings were concluded, the parties in the case were decreed as divorced, all custody and child support issues were inclusive and adjudicated. The status of the domestic relationship was already determined as a matter of state law and the matter herein has no bearing on the underlying torts that Plaintiff brings before this court. Plaintiff seeks no decision by the federal court with regard to divorce, custody, child support, or alimony.

3.     The divorce judgment is now a binding contract on the defendants no matter what state the parties live in. No court ruling or law can impair the obligation of this contract. Art. I, Section 10, Cl. 1 of the Constitution for the United States of America.

4.     Furthermore, since a child support obligation is included in this divorce judgment/contract, it is a thing in commerce, subject to Congressional control under the Commerce Clause, Art. I, Section 8, Cl. 3 of the Constitution for the United States of America.

5.     Defendants, along with Defendant Lou Ann Todd have been instrumental in the custodial interference and parental alienation of the two (2) minor children, thereby interfering with Plaintiff's fundamentally secured parental rights as guaranteed by the Constitution for the United States, First, Fourth, Fifth, Ninth, and Fourteenth Amendments. This presents the Federal Question argument pursuant to 28 U.S.C. §1331. Ankenbrandt v. Richards, 112 S.Ct. 2206 (1992).

6.     The actions, or inactions, by the Defendants have caused Plaintiff Sanjari great expense. Sanjari has expended monies to see his children, only to have his parental rights thwarted as a result of the Defendants actions or inactions. Plaintiff has had to move to Massachusetts to secure employment to pay child support. Plaintiff has had to expend monies for bringing his children to Massachusetts, making numerous telephone calls and e-mails between him, the children and defendant Alison Gratzol to try and effectuate seeing his children. Plaintiff has suffered egregious emotional distress at

2

having his children kept from him in what can be termed as "kidnapping" through parental alienation.

7.      Plaintiff has been having a difficult time seeing his daughters as a result of the Defendants interference with Plaintiff's parental rights, and each defendant acting in conspiracy with the other defendants to interfere with Plaintiff's parental rights and alienate the children from him.

8.      Defendants Alison and John Gratzol, in concert with Defendant Todd have specifically told the one child, "AFS", on numerous occasions that she doesn't need a father. This has caused intentional infliction of emotional distress and negligent infliction of emotional distress on Plaintiff. As a result of this interference by the Defendants, Plaintiff has been deprived of the ability to see his children for parenting time in Massachusetts.

9.      Defendants are subjected to personal jurisdiction and venue of Massachusetts federal courts because of the contractual nature and debt nature of the divorce decree. The divorce decree as become an instrument in interstate commerce. Furthermore, Defendants Todd and Walker use the services of internet search engines Google and Yahoo as agents to advertise their businesses and conduct electronically supported commerce. These search engines advertise their businesses on the World Wide Web, thereby not only making it interstate commerce, but international commerce as well. Defendant Todd can be found on the Internet by typing in her name. She appears on the Internet as part of the "*Community Health Alliance Behavioral Health Provider Directory*", @ p. 85. This directory discloses all behavioral health providers throughout the United States.

10.      Defendant Max K. Walker, Jr. is publicized all over the Internet through his business, his real estate company, and in legal court decisions, e.g., "Beehler v. Beehler", an Indiana Appellate Court decision found at *www.state.in.us/judicopinions/previous/archive/04/*

3

*501.imb.*

11.     Obviously, these Defendants use the services of the internet to promote their businesses on an intrastate, interstate, and international basis. They are purveyors in commerce and are therefore subject to the jurisdiction and venue of the federal courts.

12.     Further, as a result of Defendants interference and complicity in the parental alienation, by causing Plaintiff a financial and emotional expense, and in violating the Decree of Dissolution which incorporates court-ordered child support, which is a "thing" or "debt" in commerce, the matter is subject to Congressional control under the Commerce Clause of the United States Constitution, Article I, §8, cl. 3, which gives this federal court jurisdiction over the case.

13.     Defendants Todd and Walker, and the Gratzol Defendants, cannot escape the jurisdiction of the federal courts by hiding behind lack of nexus or lack of minimum contacts. They have created a scenario that has cost Plaintiff substantial amounts of money, has interfered with Plaintiff's right to contract since the Decree of Dissolution, which is inclusive and incorporates a child-support order and custody order together, which makes it "functionally equivalent to an interstate contract".

14.     All Defendants are involved in a conspiracy involving economic activity by committing fraud, involving themselves in a conspiracy to commit **extortion**, **kidnapping**, harassment, custodial interference, and violating Plaintiff's fundamentally secured Constitutional rights. The federal court has personal and *in rem* jurisdiction over the Defendants for purposes of this case.

15.     Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, P.L. 103-322, and specifically the Violence Against Women Act ("VAWA"), 42 U.S.C. §13981, it specifically recognizes that "**all persons** within the United States shall have the right to be free from crimes of violence motivated by gender (e.g., custodial interference, harassment, threats, extortion, fraud, kidnapping of one's children, parental alienation, etc.). It is Congress' conclusion that domestic and gender-based violence

4

substantially affects interstate commerce and supports the constitutionality of such actions, as Plaintiff brings against the Defendants, under the Commerce Clause.   Venue is therefore appropriate herein.

16.     Moreover, there is a substantial body of caselaw upholding Plaintiff's rights to sue in the federal courts for custodial interference and ancillary causes of action. None of the Defendants can make any valid claims that the federal courts have no jurisdiction over them, based on the actions, or inactions, they have taken in interfering with Plaintiff's federally protected rights.

17.     Lastly, Defendants Alison Gratzol, John Gratzol, and Max K. Walker, Jr.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is frivolous and vexatious and they and their attorney(s) must be sanctioned pursuant to Fed.R.Civ.Proc. Rule 11, <u>and because their attorney(s) never submitted certification nor were certified by this Court that they could practice before the federal courts.</u>

Dated:  September 30, 2005

_____
Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover, Massachusetts 01810
(270) 268-3086

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| Amir H. Sanjari, ) | Civil Action No. 05 – 11723 RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ALISON GRATZOL ) | |
| JOHN GRATZOL ) | |
| MAX K. WALKER, JR., ESQ. ) | |
| LOU ANN TODD ) | |
| ELKHART SUPERIOR COURT 5 OF ) | |
| STATE OF INDIANA ) | |
| JUDGE REX L. REED ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF PLAINTIFF AMIR H. SANJARI'S**
**CROSS-MOTION IN OPPOSITION**
**TO DEFENDANTS ALISON GRATZOL, JOHN GRATZOL, AND**
**MAX K. WALKER, JR.'S  MOTION TO DISMISS AND**
**MOTION TO DISMISS AMENDED COMPLAINT**

Amir H. Sanjari, having been duly sworn, makes oath and deposes as follows:

1.    My name is Amir H. Sanjari.  I am the Plaintiff in this case, and I have

personal knowledge of the facts set forth in my Amended Complaint and this Affidavit.

2.    I am a resident of Massachusetts.  I was a resident of Indiana and

Michigan.

3.    I have moved to Massachusetts for employment reasons.

4.    Defendants Alison Gratzol, John Gratzol, Max K. Walker, Jr., and  Lou

Ann Todd have interfered with my fundamentally secured parental rights by committing

custodial interference and parental alienation of my two (2) children.  Their acts interfere

6

with interstate commerce and impair the obligation to contract. Defendants on several occasions have told my one daughter, "AFS", that she does not have to see me anymore and that she is not required to attend parenting time with me, in violation of the Indiana Decree of Dissolution that is attached as Exhibit #1 to the Plaintiff's Amended Complaint, which indicates at p.1, ¶2 that **"*the parties are awarded joint legal and physical custody of the minor children*, to wit: [AFS], date of birth October 8, 1988, and [MRS], date of birth September 11, 1992."**

5.      The Indiana Court awarded the parties **"equal custody"**.

6.      Defendants, in concert with each other, have conspired to interfere with said equal custody and deprive Plaintiff of any relationship with his daughters whatsoever. This is a violation of Plaintiff's and his daughters' fundamentally secured rights to a parent-child relationship. It is painfully apparent that the State of Indiana has failed to uphold that right.

7.      Due to employment concerns, and in order to pay his child support obligation, Plaintiff Sanjari has had to move to different states to secure said employment. This has caused him to have interstate parental rights. Plaintiff has paid for all travelling expenses, telephone expenses, and all other expenses, in order to have a relationship with his daughters.

8.      As a result of Defendants' actions, or inactions, Plaintiff has suffered emotional and economic damages. Plaintiff has expended large amounts of time and money to travel to pick up his children for parenting time and has been thwarted by Defendants numerous times.

9.      Most recently, Plaintiff was to exercise his parenting time with his daughters in early September 2005, and have them flown to Boston. Because of Todd's insinuations to the older daughter, and the malicious and willful actions of the other Defendants, that she no longer had to see her father, Plaintiff was deprived of contact with her. Now, all Defendants are working on the younger daughter against Plaintiff, to

7

not see Plaintiff. This has culminated in both daughters being alienated from the father and refusing to see him in Massachusetts.

10.     These are criminal acts of custodial interference and **kidnapping** perpetrated by all of the Defendants. These are acts of parental alienation, which is compensable in the federal courts because involves the violation of Plaintiff's federal protected and fundamentally secured parental rights.

11.     Pursuant to Ankenbrandt v. Richards, 112 S.Ct. 2206 (1992), it was held that the domestic relations exception did not cover tort claims such as those alleged in Ankenbrandt and similarly-styled cases of custodial interference or other related torts. The federal court herein will not be called on to adjust any family status or establish familial duties or determine the breach of such duties. Jurisdiction is not lacking because the matter is a tort action raising a federal question and dealing with parties in different states that are violating the Commerce Clause and Impairing the Obligation to Contract.

**Sworn to under the pains and penalties of perjury this 30th day of September, 2005.**

Dated:  September 30, 2005

_____
Amir H. Sanjari

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Amir H. Sanjari,<br><br>Plaintiff,<br><br><br>vs.<br><br>ALISON GRATZOL<br>JOHN GRATZOL<br>MAX K. WALKER, JR., ESQ.<br>LOU ANN TODD<br>ELKHART SUPERIOR COURT 5 OF<br>STATE OF INDIANA<br>JUDGE REX L. REED<br><br>Defendants. | Civil Action No. 05 – 11723 RCL |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF AMIR H. SANJARI'S CROSS-MOTION IN OPPOSITION
TO DEFENDANTS ALISON GRATZOL, JOHN GRATZOL,
AND MAX K. WALKER, JR.'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION AND IMPROPER
VENUE, AND FOR SANCTIONS**

**INTRODUCTION**

Plaintiff Amir H. Sanjari hereby files this memorandum of law in support of his

cross-motion in opposition to Defendants Alison Gratzol, John Gratzol, and Max K.

Walker, Jr.'s motion to dismiss for lack of personal jurisdiction and improper venue, and

for sanctions. For the reasons set forth below, Defendants' motion must be denied with

prejudice and declared frivolous and vexatious.

**PARTIES AND PLEADINGS**

9

Pursuant to the Constitution for the United States, Article I, §8, cl.3, Article I, §10, cl. 1, the First, Fifth, Ninth and Fourteenth Amendments, and the issues of kidnapping, custodial interference, and extortion, as well as gender motivated violence, this federal court has jurisdiction and venue over Defendants pursuant to the Commerce Clause and the various torts alleged showing violations of Plaintiff's fundamentally secured federal constitutional rights.

## SUMMARY OF ARGUMENT

The Court should dismiss Defendants' motion to dismiss, because:

1.    The Court has personal and in rem jurisdiction over all Defendants pursuant to the Commerce Clause, and the Constitutional prohibition against Impairing the Obligation of Contracts especially where there is interstate matters involved, and other torts alleging violations of Plaintiff's fundamentally secured federal constitutional rights.

2.    Venue is properly laid in this judicial district.

3.    Defendants' attorney(s) have not proven they are certified to practice before this

judicial district or any other federal district.

## ARGUMENT

**I.    THE COURT HAS JURISDICTION BY VIRTUE OF THE COMMERCE CLAUSE, CONSTITUTIONAL PROHIBITION AGAINST IMPAIRING CONTRACTS, KIDNAPPING, INTERSTATE CUSTODIAL INTERFERENCE, EXTORTION, AND VARIOUS TORTS ALLEGING VIOLATIONS OF FEDERALLY PROTECTED RIGHTS**

10

As a result of Defendants custodial interference and kidnapping of Plaintiff's children, Defendant's are in violation of Plaintiff's fundamentally secured and constitutionally protected "**equal custody**" rights. These are justiciable issues in the federal courts. Defendants are involved in complicity with each other defendant in (1) the parental alienation of Plaintiff's relationship with his children, (2) by causing Plaintiff a financial and emotional expense, thus, in violation of the Commerce Clause of the Constitution, and (3) in violating the Indiana state Decree of Dissolution which incorporates/includes not only the decree and judgment granting "equal custody" to both parties, but is a "contract" that also grants court-ordered child support, which is a "thing" or "debt" in commerce. Because the matter involves a "contract" and a "debt" obligation, the matter is subject to Congressional control under the Commerce Clause of the United States Constitution, Article I, §8, cl. 3, and the Constitutional prohibition Against the Impairment of Contracts, under the United States Constitution, Article I, §10, cl. 1, which gives this federal court jurisdiction over the case.

True, the court order arises from a family relation, and from a domestic relations court, however, once in place, the judicial Decree/Judgment is now considered a binding contract and a debt obligation. This judgment, being a debt, now is a thing of value, which is but an obligation that makes up a part of the stream of commerce subject to Congressional control. It is functionally equivalent to an interstate contract. See, *U.S. v. Lewko*, 269 F.3d 64, 68-69 (1st Cir. 2001).

Defendants cannot ignore the facts that they have also caused Plaintiff excessive monetary expenses and emotional distress as a result of their bad faith acts to interfere with Plaintiff's federally secured parental rights. By interfering with Plaintiff's fundamentally secured rights, it has cost Plaintiff financially. This affects interstate commerce. The federal court is obligated to protect the integrity of state court judgments, in light of the fact that there are difficulties that may be encountered when one party

11

leaves the ordering jurisdiction to secure employment, even though that party has equal custody rights.

Defendants cannot escape the jurisdiction of the federal court by hiding behind such vague terms as lack of nexus or lack of minimum contacts. They have created a scenario that has cost Plaintiff substantial amounts of money, and have interfered with Plaintiff's right to contract since the Decree of Dissolution, which is inclusive and incorporates a child-support order and custody order together is "functionally equivalent to an interstate contract".

Defendants are involved in a conspiracy involving economic activity by committing fraud, involving themselves in a conspiracy to commit extortion, kidnapping, harassment, custodial interference, and violating Plaintiff's fundamentally secured Constitutionally protected parental rights. The federal court has personal and *in rem* jurisdiction over Defendants for purposes of this case.

Even though the United States Supreme Court, in a 5-4 decision, has limited the extent of the law involving the implication of interstate commerce in *U.S. v. Morrison*, 529 U.S. 598, 120 S.Ct. 1740, 146 L.Ed.2d 658 (2000), pursuant to the Violent Crime Control and Law Enforcement Act of 1994, P.L. 103-322, and specifically the Violence Against Women Act ("VAWA"), 42 U.S.C. §13981, it specifically recognizes that **"all persons** within the United States shall have the right to be free from crimes of violence motivated by gender. Such crimes would include, custodial interference, kidnapping of one's children, parental alienation, harassment, threats, extortion, fraud, etc.

Since Plaintiff is considered an element of **"all persons"**, he fits into the category of protection against violations of his fundamentally secured parental rights that Congress and the Constitution seek to protect. It is Congress' conclusion that gender-based violence, **kidnapping** of one's children, extortion, harassment, threats, and gender-based discrimination substantially affects interstate commerce and supports the constitutionality of such actions as Plaintiff brings against the defendants under the Commerce Clause.

12

In fact, this Court ruled that Congress concluded that the VAWA is a valid and constitutional exercise of Congress' power. *Doe v. Mercer*, 37 F.Supp.2d 64 (D.Mass. 1999).

Furthermore, Michael Newdow was rejected by the United States Supreme Court last year in his attempt to have the "Pledge of Allegiance" in schools declared unconstitutional. He is once again bringing the same or similar arguments before the Supreme Court after the Ninth Circuit U.S. Court of Appeals ruled in his favor again. Venue is therefore appropriate herein.

Whether the interest of States remains a sufficient justification today for abstention is uncertain in view of the expansion in recent years of federal law in the domestic relations area. See, Victims of Child Abuse Act of 1990, 104 Stat.4792, 42 U.S.C. §13001 *et seq.*; Parental Kidnapping and Prevention Act of 1980, 94 Stat. 3568, 28 U.S.C. §1738A; Child Abuse Prevention and Treatment Act, 88 Stat. 4, 42 U.S.C. §5101 *et seq.*

The arguments that Defendants have no personal contacts in Massachusetts for purposes of "long arm jurisdiction" are erroneous and irrelevant. Defendants have interfered with Plaintiff's right to contract, have violated Plaintiff's fundamentally protected federal rights, have cost Plaintiff substantial amounts of money, and,are involved in promoting their businesses by using the Google and Yahoo search engines as agents to conduct and promote their businesses on the World Wide Web. These search engines advertise their businesses on the World Wide Web, thereby not only making it interstate commerce, but international commerce as well. Defendant Todd can be found on the Internet by typing in her name. She appears on the Internet as part of the "*Community Health Alliance Behavioral Health Provider Directory*", @ p. 85. This directory discloses all behavioral health providers throughout the United States. See Exhibits # 1 Attached herein.

13

Defendant Max K. Walker, Jr. is publicized all over the Internet through his business, his real estate company (See Exhibits # 2 Attached herein), and in legal court decisions, e.g., "Beehler v. Beehler", an Indiana Appellate Court decision found at *www.state.in.us/judicopinions/previous/archive/04/501.imb.*

Defendants Alison Gratzol and John Gratzol are interfering with Plaintiff's parental rights across state lines and have essentially kidnapped his children away from him through interstate custodial interference.

Therefore, their actions, omissions and commissions by all Defendants have affected interstate commerce as defined by the Commerce Clause.

## II.     THE COURT HAS JURISDICTION OVER DEFENDANTS BY VIRTUE OF PLAINTIFF'S FEDERAL CAUSES OF ACTION

There is a substantial body of caselaw upholding Plaintiff's rights to sue in the federal courts for custodial interference (because of violations of the First, Fifth, Ninth and Fourteenth Amendments) and ancillary causes of action because of gender discrimination, gender-based violence, or parental alienation (violations of the Fourteenth Amendment Equal Protection Clause). The Defendants cannot make any valid claims that the federal courts have no jurisdiction over them. Based on their actions, or inactions, they partook, in concert, with interfering with Plaintiff's federally protected rights.

Plaintiff has a tort remedy for such violations in the federal courts under the federal question issue because it involves the egregious interstate interference of parental rights. 28 U.S.C. §1331. Parental alienation is a federal tort cause of action when it involves interstate activity, as it does in this case.

Also, pursuant to the *Restatement (Second) of Torts* §700 comment g (1977), it states that the tort of intentional infliction of emotional distress because of kidnapping (interstate matter), child snatching, and custodial interference (interstate) is intended to

14

provide a remedy for : (1) loss of society of the child; (2) emotional distress of the
parent; (3) lost services of the child; (4) reasonable expenses incurred in regaining
custody of the child (which implicates commercial activity); and (5) reasonable expenses
incurred in treating or caring for the child as a result of the interference (which implicates
commercial activity).

Because Plaintiff is bringing his Amended Complaint as a tort action, for
violations of his First, Fifth, Ninth and Fourteenth Amendment protected parental rights,
and for damages due to interstate kidnapping, interstate custodial interference, and
violations of the Commerce Clause, he is not seeking any modifications in the divorce
decree (which was adjudicated to conclusion in 2000), custody, child support, or alimony.

The Constitution does not exclude domestic relations cases from jurisdiction of
the federal courts, especially where gender discrimination against one of the parents is
involved, and where malicious acts to violate rights involves commercial activity. The
domestic relations exception only exists as a matter of statutory construction.
*Ankenbrandt v. Richards*, 504 U.S. 689, 112 S.Ct. 2206, 119 L.Ed.2d (1992).

Domestic relations exceptions do not bar the federal courts from exercising
subject-matter jurisdiction over tort suits brought by Plaintiff and others similarly situated
alleging interference with custody, kidnapping, extortion, threats, harassment, gender
discrimination, and interference with contracts and affecting of interstate commerce.

A custodial father was awarded compensatory and punitive damages totaling more
than $85,000 from the mother and her husband, including compensatory damages from
the maternal grandparents, for civil conspiracy to commit the tort of unlawful interference
with custody. *Lloyd v. Loeffler*, 539 F.Supp. 998, affirmed, 694 F.2d 489 (7th Cir.
1982).

The Fifth Circuit U.S. Court of Appeals upheld a jury verdict of $130,000 in
compensatory and punitive damages to the parent from the other parent, his parents, and

15

several relatives for conspiring to abduct and conceal the children, and for infliction of mental anguish. *Fenslage v. Dawkins*, 629 F.2d 1107 (5th Cir. 1980).

   In *Wasserman v. Wasserman*, 671 F.2d 832 (4th Cir. 1982), the Court of Appeals upheld a parent's complaint for child enticement, intentional infliction of emotional distress, and civil conspiracy, because it did not fall within the "domestic relations exception" to federal diversity jurisdiction and thus could be maintained in federal court. The children had been denied all contact with the other parent who lived in another state, and found that the abducting, custodial interfering parent's attorney was also named as a defendant and faced civil liability for his actions involving conspiracy.

   In *Raftery v. Scott*, 756 F.2d 335 (4th Cir. 1985), in a diversity case, the jury found for the father and returned a verdict against the mother of $60,000 for child enticement and intentional infliction of emotional distress.

   In this instant case, the status of the domestic relationship has already been determined as a matter of state law in the termination of the former wife's and former husband's marriage in 2000. This has no bearing on the underlying torts alleged that are seeking an award of damages.

   If someone had never been married to Plaintiff, a family member such as an aunt, a cousin or grandparent, or even a nonrelative such as a nurse, babysitter, or therapist, had set about destroying the relationship between the father and his children, any cause of action arising out of such behavior would not be foreclosed from a hearing in federal court because it partook of some intra-family aspects.

   A district court may not simply avoid all diversity cases having intrafamily aspects. Rather it must consider the exact nature of the rights asserted or of the breaches alleged.

   Custody and visitation encompass all of what is called "parental rights". A total denial of both would be equivalent to an unlawful termination of parental rights. See, *Franz v. United States*, 707 F.2d 582, 602 (D.C. Cir. 1983). A denial of parental rights

16

by another parent, or some professional acting in concert with that parent, gives way to issues of fraud, custodial interference (violations of the First, Fifth, Ninth and Fourteenth Amendments), kidnapping, gender discrimination (violation of Fourteenth Amendment Equal Protection Clause).

Since the United States Supreme Court has held in a long line of cases, that without a compelling state interest of justified abuse or neglect, the right to the care, custody and nurture of one's children, is a fundamentally secured liberty interest and property right that cannot be infringed upon and is protected under the First, Fifth, Ninth and Fourteenth Amendments of the Constitution. *Troxel v. Granville*, 530 U.S. 57, 101, 120 S.Ct. 2054, 2079, 147 L.Ed.2d 49, 78 (2000); *Santosky v. Kramer*, 455 U.S. 745, 102 S.Ct. 1388 (1982); *Stanley v. Illinois*, 405 U.S. 645, 92 S.Ct. 1212 (1972); *May v. Anderson*, 345 U.S. 528, 533, 73 S.Ct. 840, 843 (1952); *Meyer v. Nebraska*, 262 U.S. 390, 43 S.Ct. 625 (1923).

Gender discrimination and parental alienation are not a compelling state interest justifying interference with or termination of parental rights by the state or anyone else.
A district court must and can take jurisdiction of issues that are of a federal nature--fraud, extortion, interstate kidnapping, interstate custodial interference, affect on interstate commerce, interference with contracts or judgments, and any threats, harassment, and/or interference with parental rights.

A termination of parental rights by private individuals, or the state without justification, or by individuals and the state acting in concert without a compelling interest to do so, is actionable in the federal courts. A decision by a federal court not requiring the adjustment of family status or establishing familial duties or determining the breach of such duties, does not contravene the domestic relations exception to federal diversity jurisdiction. See, *Raftery v. Scott*, 756 F.2d 335 (4th Cir. 1985)(mother paid $60,000 in damages to father for custodial interference); *Lloyd v. Loeffler*, 694 F.2d 489

17

(7th Cir. 1982)(holding that the diversity exception does not apply to a tort suit for interference with the custody of a child).

Petitioner does not seek a determination of status of the divorce, custody, visitation or child support, or obligations arising from status. Moreover, any federal court determination of Plaintiff's claims will neither upset a prior state court determination of status or obligations appurtenant to status nor pre-empt a pending state court determination of this nature. *Ankenbrandt v. Richards*, at 504 U.S. 717, 112 S.Ct. 2222; Cf. *Moore v. Sims*, 442 U.S. 415, 99 S.Ct. 2371, 60 L.Ed.2d 994 (1979).

Plaintiff's state law tort claims for money damages are easily cognizable in a federal court, because they are all subject to interstate actions and are subject to the Commerce Clause. All of these considerations favor the exercise of federal jurisdiction over Plaintiff's claims.

Consequently, jurisdiction or venue are not lacking in the instant case. The facts independently support the various claims for relief in Plaintiff's Complaint and Amended Complaint. Plaintiff is seeking exclusively monetary relief; and prospective relief against the Defendants. Federal diversity jurisdiction cannot be escaped. Upholding a judgment and payment of a judgment cannot be categorized as an act involving a domestic relationship.

The rights to conceive and to raise one's children have been deemed "essential", "basic civil rights of man". *May v. Anderson*, 345 U.S. 528, 533 (1953).

There can be no question that the custodial parent has a duty not to interfere with the relationship between the children and the other parent. There interest of society and perpetuation of society are self-evident. It has been declared by the United States Supreme Court that parents have a Right of Constitutional Dimension, and a human right, to the society and the companionship of their children equally, which includes visitation and custody. It should be enforced and redressed with the same vigor with

18

which any right of Constitutional status is enforced and redressed for violations of any other rights.

Since the matter involves tortious interference and tortious intentional infliction of emotional distress for violations of fundamentally secured Constitutional Rights, Plaintiff has a cause(s) of action and the torts involved are of federal dimension.

## CONCLUSION

For the reasons set forth above, Plaintiff Sanjari's Cross-motion in Opposition to Defendants Alison Gratzol, John Gratzol, and Max K. Walker, Jr.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, and for Sanctions, must be Granted and the Defendants' motion be Dismissed with prejudice for being frivolous and vexatious, and sanctions be issued against Defendants and their attorney(s).

Respectfully submitted,

Dated: September 30, 2005

Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover, Massachusetts 01810
(270) 268-3086

19

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the within document is served upon

Eric M. Sommers, Esquire
McLane, Graf, Raulerson & Middleton, P.A.
City Hall Plaza, 900 Elm Street, Manchester, N.H.  03105
(Attorneys for Defendants Alison and John Gratzol, and Max K. Walker, Jr.)

Peter C. Kober, Esquire
Litchfield Cavo, LLP
6 Kimball Lane, Lynnfield, MA 01940
(Attorneys for Defendant Lou Ann Todd)

David A. Arthur, Esquire
Deputy Attorney General
Indiana Government Center South 5th Floor
302 West Washington Street
Indianapolis, IN 46204
(Attorneys for Elkhart Superior Court 5 of State of Indiana and Judge Rex L. Reed)

by U.S. Mail on September 30, 2005.

Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover
Massachusetts 01810
(270) 268-3086

# *Community Health Alliance*

# *Behavioral Health Provider Directory*

## Indiana

### Bedford

**Clinical Social Worker**
**Robert Naber, LCSW**
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-279-3747

**Carol Zehr, LCSW**
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

**Allen Zehr, LCSW**
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

**Psychiatry**
**David Gilliam, M.D. \***
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

### Bluffton

**Mental Health Counselor**
**Teddie L Ramsey, LCSW**
Bluffton Regional Medical Center
One Caylor Nickel Sq
Bluffton, IN
260-824-2001

### Bremen

**Marriage & Family Therapy**
**Michael Aemmer, LCSW**
Community Family Counseling, LLC
1724 W. Plymouth St.
Bremen, IN
574-546-5161

### East Chicago

**Psychiatry**
**Farzana A Khan, M.D.**
Illiana Psychiatric Associates, Inc., PC
4320 Fir St., Suite 307
East Chicago, IN
219-397-6369

### Elkhart

**Clinical Social Worker**
**Brenda Bergemann, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Francis Disori, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Richard Donovan, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Lucy Eberly, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Arlen Epp, LCSW**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Philip D Good-Elliott, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Charlotte Hochstetler, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Corie Kulp, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Renee Page, LCSW**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Roger A Pederson, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Nancy Y Rodriguez-Lora, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Larry Rupp, LCSW**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Bonita Schrock, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Ronald Shoemaker, LCSW**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Elton Spade, LCSW**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Terrance N Tanner, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Kristine A Thelen, LCSW**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**LouAnn Todd, LCSW**
LouAnn Todd ,LCSW
1750 Kilborn Street
Elkhart, IN
574-264-1501

**Ray L. Turner, LCSW**
Bonhomie Counseling Corp.
330 W. Lexington Avenue Suite 206
Elkhart, IN
574-293-6991

**Rebecca Untemahrer, LCSW**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Mental Health Counselor**
**Darlene Klimek, LMHC**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Psychiatry**
**Lois Duryea, D.O. \***
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Donald Graber, M.D.**
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Douglas L Jarvis, D.O.**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**A. Majid Malik, M.D.**
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Judy Snyder, M.D.**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Allen Stuckey, M.D.**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Susan Taccheri, M.D.**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**David O Taylor, M.D. \***
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Psychology**
**Melvin F Funk, Ph.D.**
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

**John Hershberger, Ph.D.,LMFT**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Kent Hershberger, Ph.D.**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Heather Lampton, PsyD**
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

**Sheridan P McCabe, Ph.D.**
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

**Linda J Monroe, Ph.D.**
Office of Linda Monroe, Ph.D.
1750 Kilbourn Street
Elkhart, IN
574-294-6621

**Barbara S Searle, Ph.D.**
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

**David R Simons, Ph.D.**
Center for Behavioral Medicine Co
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Roseann M Woodka, Ph.D.**
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

### Evansville

**Clinical Social Worker**
**Martha A Brandi, LCSW**
Solutions Counseling Group
4770 Covert Ave, Suite 230
Evansville, IN
812-475-3420

### Fort Wayne

**Clinical Social Worker**
**Terry L Anderson, LCSW**
Samaritan Counseling Center
300 West Wayne Street
Fort Wayne, IN
260-422-8566

**Daniel S Bishton, LCSW**
Neuropsychiatric Associates PC
5215 N. Bend Dr.
Fort Wayne, IN
260-432-5181

**William G Brune, LCSW**
Neuropsychiatric Associates PC
5215 N. Bend Dr.
Fort Wayne, IN
260-432-5181

**David Cooper, LCSW**
Psychiatric Care, Inc.
415 E. Cook Road, Suite 100
Fort Wayne, IN
260-489-6030

**Kathleen S Hagerman, LCSW**
Hobson Psychiatric Services PC
2021 Hobson Rd.
Fort Wayne, IN
260-483-3287

---

\*\*\* Please be aware that some plans may have a Behavioral Health carve out, please verify that the provider you are inquiring about is in network for your plan\*\*\*

 City of Elkhart

| Departments | Lifestyle | Business/Industry |
| Things To Do | Be Our Guest | History |

 Mayor's Page    City Owner's Manual

Main Page
Activities
Education
Faith
Shopping
Restaurants
Neighborhoods
Health & Fitness
Social Services

 **Lifestyle**
**Social Services**

lkhart lives up to its reputation as a city with a heart through an abundance of community services and resources to enhance the quality of life of our residents. Our numerous fraternal and social organizations offer assistance, compassion and support to those needing a helping hand, reflecting the caring spirit found throughout the entire area.

**Weather**

Elkhart, Indiana
3:00 PM EST
Cloudy
74°F
S 13 MPH

 

The city of Elkhart is widely known as the "City with a Heart," and that fact is clearly demonstrated by the wide variety of social services available in the Elkhart/Goshen area, many of which are listed below:

**Social Service Agencies:**
**Big Brothers/Big Sisters** - 574-875-1039    Visit Website

**Boys and Girls Clubs of Elkhart County** - 574-534-5933

**Center for Community Justice** - 574-522-6685

**Family Services of Elkhart County** - 574-295-6596    Visit Website

**Goodwill Industries** - 574-875-5068    Visit Website

**Oaklawn Psychiatric Center** - 574-533-1234    Visit Website

**St. Vincent DePaul Society** - 574-251-4906    Visit Website

**Salvation Army/Elkhart Corps** - 574-294-6668    Visit Website

**Youth Services Bureau (FOCUS)** - 574-294-4965

**United Way of Elkhart County** - 574-293-8671    Visit Website

**Employment/Unemployment:**

**Workforce Development** - 574-295-0105    Visit Website

**Elkhart Marriage/Family/Child Counselors:**
After Hours Counseling Center - 574-246-1550
Associated Psychological Services PC - 574-294-6921
Barnett, Maureen - 574-293-8005
Behavioral Psychological Family Services - 574-293-1998
Birky, Millie - 574-264-1501
Cook, Janet K., M.A. - Behavioral Consultant - 574-522-2114
Bonhomie Counseling Corporation - 574-293-5991
Care Counseling Service - 574-875-7473
Concord Counseling Center - 574-875-3232
Cornerstone Counseling & Associates - 574-536-7614
Elkhart General Center For Behavioral Medicine Counseling Services - 574-523-3347
Gateway Growth Center - 574-522-9246
Koch, Richard Counseling Services - 574-2895-2515
Madison Center & Hospital - Elkhart - 574-266-8480
Monroe, Linda, PhD - 574-294-6921
New Life Counseling - 574-522-7470
Oyer, Michael - 574-522-6292
Pfeil, Robert - 574-293-2365
Psychological & Family Consultants - 574-522-6292
Recovery Connections of Michiana - 574-262-3231
Renewal Center Dotson Group - 574-522-7470
Souder, Shirley - 574-262-9773
Stamper, Connie - 574-266-1891
Todd, Lou Ann, Inc. - 574-264-1501

Back to top of page.



# superpages.com we know around here

HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US

**Business Profile**

© Business Owners: Create a FREE Business Profile

Save | Print | Update | What's Nearby

## Todd Lou Ann LCSW LMFT

**phone:** (574) 264-1501

1750 Kilbourn Street, Elkhart, IN 46514
map | driving directions

**Products & Services:**
Marriage & Family Counseling

**Appears in the Categories:**
Mental Health Clinics, Business Services, Marriage & Family
Counseling

Data provided by one or more of the following: Verizon Directories Corp., Acxiom, Amacai, or lawyers.com.

| Keyword (browse) | or Business Name | Location (City, State, or ZIP) | |
|---|---|---|---|
| | | | Find It  Search Tips |

Home | SuperPages Español | Yellow Pages | People Pages | Merchandise | eBay Search | Web Search | My Directory
City Pages | Consumer Center | Advertise With Us | About Us / Help | Add / Change Listing | Contact Us | Feedback
Privacy Policy | Copyright / Web Site Use Agreement | Site Index | Verizon Products / Services | Careers at SuperPages

Copyright 1996 - 2005 © Verizon All rights reserved.

1 of 1

 **Local** BETA

Web   Images   Groups   News   Froogle   **Local**   more »

| lou ann todd | Elkhart, IN | Search |

What          Where ☐ Remember this location

## Local

Results **1-4 of 4** for **lou ann todd** at **1750 Kilbourn St, Elkhart, IN 46514**

## Lou Ann Todd Inc
(574) 264-1501
1750 Kilbourn St
Elkhart, IN 46514
1.3 mi W- Directions



View Larger Map



View Larger Map

**Products & Services:** Marriage & Family Counseling
More from SuperPages.com »

## References

Todd Lou Ann LCSW, 1750 Kilboum Street, Elkhart, IN 46514 ...
What's Nearby Save Listing Print-Friendly Version Business Owners: Add or update
your FREE Business Profile, Business Profile. **Todd Lou Ann** LCSW. ...
http://yellowpages.superpages.com/profile.jsp?T=Elkhart&S=IN&LID=kNdt%2Bur1ozfRH0yrKtD6yg%3D%3D&SRC=loc

Welcome to the City of Elkhart, Indiana - The City with a Heart
... abundance of community services and resources to enhance the quality of
life of our residents. Our. Birky, Millie - **574-264-1501**.
http://www.elkhartindiana.org/content.php?id=27&c_id=144 - Cached

Name: Birky, Millie - **Lou Ann Todd Incorporated**
Name: **Birky, Millie - Lou Ann Todd Incorporated** Address: 1750 Kilbourn
St, Elkhart, IN 46514 Phone: (574) 264-1501
http://national.citysearch.com/profile/37123755

Name: **Todd, Lou Ann - Lou Ann Todd Incorporated**
Name: **Todd, Lou Ann - Lou Ann Todd Incorporated** Address: 1750 Kilbourn
St, Elkhart, IN 46514 Phone: (574) 264-1501
http://national.citysearch.com/profile/4010449

| lou ann todd | Elkhart, IN | Search |

**Citysearch**

Hurricane Katrina Relief

New to Citysearch? SIGN UP
Sign In · Help · Sep 28 2005

Home | Restaurants & Bars | Hotels | Shopping | Spa & Beauty | Movies | Events | See More Categories »

Search  Business name, category, and/or keyword

Address, city & state, or zip

☐ Search by name only

My Locations:

Search

Best of Citysearch: Vote now for your favorite bar & club

Home · Yellow Pages · Community & Social Services · Counseling · **Profile**

Save to My Citysearch    Printer Friendly Version

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Search for Counseling Degree Programs**
Find online schools for degree programs in counseling, psychology, human services, public administration and social work.
www.guidetoonlineschools.com

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Phone and Online Counseling**
Problems with marriage, divorce or sex? Get immediate, confidential help with phone counseling. Experienced clinical psychologists. First 5 minutes free. Call toll free now.
www.briefcounseling.com

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Phone and Online Counseling**
Problems with marriage, divorce or sex? Get immediate, confidential help with phone counseling. Experienced clinical psychologists. First 5 minutes free. Call toll free now.
www.briefcounseling.com

## Birky, Millie - Lou Ann Todd Incorporated

1750 Kilbourn St
Elkhart, IN 46514-1920  VIEW MAP
(574) 264-1501

**Add Your Rating!**
About our ratings
Ratings feedback

Send to a Friend

1 of 3

receive $1,500 per month. WEARE also told investors he was investing in "high yield programs," which would return between 200 and 1,200 per month. From November 19, 1999 to December 31, 2000, WEARE caused investors to transmit more than $8,000,000 in membership fees by means of wire transfers, checks and money orders to bank accounts in the United States, Canada, Luxembourg, and the West Indies. WEARE then used a portion of the funds to make payments back to investors. He allegedly converted the remainder of the funds for his own use and benefit and the use and benefit of others. United States Attorney John Suthers, said, simply, "If an investment sounds too good to be true, then it is too good to be true." If convicted WEARE faces up to 5 years imprisonment and/or a $250,000 fine for each of the nine counts of Wire Fraud and for each of the 2 counts of Mail Fraud. He also faces up to 10 years in federal prison and/or a $250,000 fine for each of the 4 counts of Engaging in Monetary Transactions in Property Derived from Unlawful Activity. This case was investigated by the U.S. Postal Inspection Service and the Federal Bureau of Investigation with the assistance of the Securities and Exchange Commission. The charges contained in the indictment are only allegations, and the defendant is presumed innocent unless or until proven guilty.

Transtar Distributors, Inc.

Florida Profit TRANSTAR DISTRIBUTOR, INC. 1727 BENTLEY BOULEVARD KISSIMMEE FL 34741Date Filed 08/27/1999 State FL DISSOLUTION 09/22/2000 Registered Agent Name & Address SPIEGEL & UTRERA, P.A. 343 ALMERIA AVENUE CORAL GABLES FL 33134 Officer/Director MASWADEH, NABIL A 1727 BENTLEY BOULEVARD KISSIMMEE FL 34741

TRANSTAR HOLDINGS, INC. Number: C1788221 Date Filed: 7/31/1996 Status: suspended Jurisdiction: California Mailing Address 5657 WILSHIRE BLVD., STE 310 LOS ANGELES, CA 90036 Agent for Service of Process VIRGIL ROBERTS 1620 26TH STREET, STE 150 SOUTH SANTA MONICA, CA 90404

On June 7, 2000, a search warrant was served upon the above-referenced storage unit. DEA investigators seized approximately 240 cases of pseudoephedrine tablets. Some of the pseudoephedrine was still in bottles, and some was loose in plastic bags.

- 6/07/2000 Tranquil Options/Bank One $25,000 *check* to ReMax

    o MAX WALKER REAL ESTATE, LLC: 131 E FRANKLIN ST STE 12, ELKHART, IN 46516 Status: Active Creation Date: 6/7/2000
    o Colorado BIG HORN PROPERTIES, LLC Filing Date: 06/07/2000 Status: GOOD State of Incorporation: CO Registered Agent : SIMPSON ANDREW J Principal Address: 2975 VALMONT RD STE 240 BOULDER CO 80301

Accordingly, the Administrator of the Drug Enforcement Administration, pursuant to the authority vested in him by 21 U.S.C. 823 and 824 and 28 CFR 0.100(b) and 0.104, hereby orders that DEA Certificate of Registration 004662TTY, previously issued to Transtar Distributors, Inc., be, and it hereby is, revoked; and any pending applications for renewal or modification of said registration be, and hereby are, denied. This order is effective April 4, 2002. Dated: February 22, 2002.

- **ATM CENTRAL, LLC** Entity Address: 125 N WEINBACH, STE 420 , EVANSVILLE, IN 47711 General Entity Information: Control Number: 2002022600017 Status: Active Entity Type: Domestic Limited Liability Company (LLC) Entity Creation Date: 2/22/2002 Entity Date to Expire: Entity Inactive Date:
- INTERNATIONAL STEEL GROUP INC.: 3100 EAST 45TH STREET , CLEVELAND, OH 44127 : Control Number: 2002052900015 Status: Active Creation Date: 5/28/2002: Original Creation Date: 2/22/2002 Original Creation State: DE United Defense announced plans 5/28/2002 to acquire U.S. Marine Repair.

- Florida Foreign Profit INDIANA MORTGAGE NETWORK, INC.8395 KEYSTONE CROSSING #202 INDIANAPOLIS IN 46240 Date Filed 02/22/2002 State IN Agent Name & Address MEARS, STEPHEN D 25220 PELICAN CRK CIR., #202 BONITA SPRINGS FL 34134 Name Changed: 01/12/2004 Officer/Director SPECTOR, JASON H 10845 GEIST WOOPS LANE INDIANAPOLIS IN P
- CARLYLE ONE WILSHIRE MMR, L.P. Number: 200209800040 Date Filed: 4/4/2002 Status: active Jurisdiction: DELAWARE Principal Address 1001 PENNSYLVANIA AVE SUITE 220 WASHINGTON, DC 20004 Agent for Service of Process CT CORPORATION SYSTEM

On July 29, 2000, the Administrator of the Drug Enforcement Administration (DEA), issued an Order to Show Cause (OTSC) to North American Group, located in Kissimmee, Florida, notifying it of a preliminary finding that, pursuant to evidence set forth therein, it was responsible for the diversion of large quantities of List I chemicals into other than legitimate channels.

On July 31, 2000, a copy of the OTSC was affixed to the front door of the business premises, since no one appeared to be present at the business. On this same date, a second copy of the OTSC was sent certified mail, return receipt requested, to North American Group. The mailed OTSC was returned marked "attempted--unclaimed." No request for a hearing or any other response was received by DEA from North American Group nor anyone purporting to represent it in this matter.

COMPLIANCE ALLIANCE, LLC Number: 200023110047 Date Filed: 8/11/2000 Status: active Jurisdiction: CALIFORNIA Principal Address 2211 N LAMER ST BURBANK, CA 91504 Agent for Service of Process KENNETH J. REGOPOULOS 2211 N LAMER ST BURBANK, CA 91504

TEAM FINANCE LLC Filing Date: 08/11/2000 Status: GOOD State of Incorporation: CO Last Report: 01/14/2003 Last Report Agent Name: MERANTE JOE Physical Address: 412 NOKOMIS CT FORT COLLINS Colorado 80524

On September 14 and 15, 1999, law enforcement personnel seized approximately 11,300 bottles of pseudoephedrine tablets from clandestine methamphetamine laboratories in California. Using the lot numbers on the seized bottles, DEA traced the product back to NAG. On October 15, 1999, DEA seized 4000 bottles of pseudoephedrine tablets form a clandestine methamphetamine laboratory in Los Angeles, California. Using the lot numbers on the seized bottles, DEA traced the product back to NAG. In December of 1999, a DEA Confidential Source revealed that Hesham (last name unknown) and three other individuals shipped 16 boxes, with an aggregate weight of 1000 pounds, to Portland, Oregon. On

On May 18, 2000, DEA investigators observed the owner of Denver Wholesale, a pseudoephedrine distributor also under investigation by DEA, arrive at the Orlando Airport where he was met by Nabut. On May 18 and 19, 2000, DEA investigators observed Nabut and this individual meet with several other individuals currently under investigation by DEA for the illicit diversion of pseudoephedrine.

"Denver Wholesale Company" CHILDREN AGAINST ABDUCTION, INC. Entity ID: 19961057850 Entity Type: CORPORATION Filing Date: 04/29/1996 Status: DISSOLVED State of Incorporation: CO Term: PERPETUAL Inactive Date: 10/01/2002 Last Report: Report not filed Last Report Filing ID: none Name Reservation Expires: N/A

CHILDREN AGAINST ABDUCTION, INC. 2 COMMENT ONLY REPORT 03/17/1998 CR - 04/01/1998 - 06/30/1998 3 COMMENT ONLY REPORT 07/24/1998 CR - 07/31/1998 - DA 09/30/1998 4 19981137510 TRDNAM 07/28/1998 n/a DENVER WHOLESALE COMPANY 5 19981137509 REPORT 07/28/1998 n/a PERIODIC REPORT 6 19981220828 TRDNAM 12/14/1998

**⊙ Citysearch**    🔷 Hurricane Katrina Relief

New to Citysearch? [SIGN UP]
Sign In · Help · Sep 28 2005

| Home | Restaurants & Bars | Hotels | Shopping | Spa & Beauty | Movies | Events | 🔲 See More Categories » |

**Search** Business name, category, and/or keyword     Address, city & state, or zip

[                    ]

☐ Search by name only

[                    ]

My Locations : [ ▾ ]

[Search]

Best of Citysearch: Vote now for your favorite bar & club

Home · Yellow Pages · **Profile**

💾 Save to My Citysearch   🖨 Printer Friendly Version

## Walker Jr, Max - Walker & Parker Law Office
131 E Franklin St Ste 12
Elkhart, IN 46516-3667 [VIEW MAP]
(574) 296-7887

**Add Your Rating!**

About our ratings
Ratings feedback

✉ Send to a Friend

**Own this business?**
» Enhance or edit your listing

**See something wrong?**
» Suggest a correction

**⋟ Things to do nearby:**
131 E Franklin St Ste 12
Elkhart, IN 46516-3667

· Restaurants
· Hotels
· Bars
· Movie Theaters
· Department Stores
· Shopping Centers & Malls
· Grocery Stores
· Pharmacies
· Florists
· Banks

**⋟ Related Searches**

· Elkhart
· Search anything in National
· Search Yellow Pages in National
· Search other Cities
· Browse National Editorial Lists

### 🚗 Driving Directions

**1. Enter starting address:**    **2. Enter destination address:**

Address:
[                    ]
City:
[                    ]
State:    Postal Code:
[        ]  [        ]

Address:
[131 E Franklin St Ste 12]
City:
[Elkhart]
State:    Postal Code:
[IN]      [46516-3667]

**▸ Options**

**Display type:**

◉ Text

○ Turn by turn maps with text

**Avoid the following:**

☐ Limited access highways

☐ Toll

☐ Ferry lanes

[Calculate Directions]

### 🗺 Find A Different Location

**Enter Location Address:**

Address:
[131 E Franklin St Ste 12]

City:
[Elkhart]

State:    Postal Code:
[IN]      [46516-3667]

[Calculate Directions]



Web    Images    Groups    News    Froogle    **Local**    more »

| max walker attorney | Elkhart, IN | | Search |

What                        Where        ☐ Remember this location

**Local**        Results 1-2 of 2 for **max walker attorney** at **131 E Franklin St # 12, Elkhart, IN 46516**

## Walker Max K Jr Atty

(574) 296-7887
131 E Franklin St # 12
Elkhart, IN 46516
0.3 mi NE- Directions



View Larger Map



View Larger Map

## References

Name: Walker Jr, Max - Walker & Parker Law Office
Name: **Walker Jr, Max - Walker & Parker Law Office** Address: 131 E Franklin
St Ste 12, Elkhart, IN 46516 Phone: (574) 296-7887
http://national.citysearch.com/profile/4011725

Name: Parker, R Michael - Walker & Parker Law Office
Name: **Parker, R Michael - Walker & Parker Law Office** Address: 131 E Franklin
St Ste 12, Elkhart, IN 46516 Phone: (574) 296-7887
http://national.citysearch.com/profile/4011792

| max walker attorney | Elkhart, IN | | Search |

What                        Where        ☐ Remember this location

Edit this Listing - Information for Business Owners

Local Search Home - Google Home - Terms of Use - Local Search Help

# *Community Health Alliance*                    # *Behavioral Health Provider Directory*

## Indiana
### Bedford

**Clinical Social Worker**
Robert Naber, LCSW
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-279-3747

Carol Zehr, LCSW
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

Allen Zehr, LCSW
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

**Psychiatry**
David Gilliam, M.D. *
Bedford Regional Medical Center
2900 W. 16th St.
Bedford, IN
812-275-1200 x4250

### Bluffton

**Mental Health Counselor**
Teddie L Ramsey, LCSW
Bluffton Regional Medical Center
One Caylor Nickel Sq
Bluffton, IN
260-824-2001

### Bremen

**Marriage & Family Therapy**
Michael Aemmer, LCSW
Madison Center
Community Family Counseling, LLC
1724 W. Plymouth St.
Bremen, IN
574-546-5161

### East Chicago

**Psychiatry**
Farzana A Khan, M.D.
Illiana Psychiatric Associates, Inc., PC
4320 Fir St., Suite 307
East Chicago, IN
219-397-6369

### Elkhart

**Clinical Social Worker**
Brenda Bergemann, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Francis Disori, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Richard Donovan, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Lucy Eberly, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Arlen Epp, LCSW
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Philip D Good-Elliott, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Charlotte Hochstetler, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Corie Kulp, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Renee Page, LCSW
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Roger A Pederson, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Nancy Y Rodriguez-Lora, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Larry Rupp, LCSW
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Bonita Schrock, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Ronald Shoemaker, LCSW
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Elton Spade, LCSW
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Terrance N Tanner, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Kristine A Thelen, LCSW
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

LouAnn Todd, LCSW
LouAnn Todd ,LCSW
1750 Kilborn Street
Elkhart, IN
574-264-1501

Ray L. Turner, LCSW
Bonhomie Counseling Corp.
330 W. Lexington Avenue Suite 206
Elkhart, IN
574-293-6991

Rebecca Untemahrer, LCSW
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Mental Health Counselor**
Darlene Klimek, LMHC
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

**Psychiatry**
Lois Duryea, D.O. *
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Donald Graber, M.D.
Madison Center
810 W. Bristol St., Ste. G
Elkhart, IN
574-266-8480

Douglas L. Jarvis, D.O.
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

A. Majid Malik, M.D.
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Judy Snyder, M.D.
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Allen Stuckey, M.D.
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Susan Taccheri, M.D.
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

David O Taylor, M.D. *
Center for Behavioral Medicine Counseli
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

**Psychology**
Melvin F Funk, Ph.D.
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

John Hershberger, Ph.D.,LMFT
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Kent Hershberger, Ph.D.
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Heather Lampton, PsyD
Oaklawn Psychiatric Center, Inc.
2600 Oakland Ave.
Elkhart, IN
574-533-1234

Sheridan P McCabe, Ph.D.
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

Linda J Monroe, Ph.D.
Office of Linda Monroe, Ph.D.
1750 Kilbourn Street
Elkhart, IN
574-234-6621

Barbara S Searle, Ph.D.
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

David R Simons, Ph.D.
Center for Behavioral Medicine Co
307 S. Main Street, Suite 305
Elkhart, IN
574-523-3347

Roseann M Woodka, Ph.D.
Psychological/Family Consultants
926 E. Jackson Blvd.
Elkhart, IN
574-522-6292

### Evansville

**Clinical Social Worker**
Martha A Brandt, LCSW
Solutions Counseling Group
4770 Covert Ave, Suite 230
Evansville, IN
812-475-3420

### Fort Wayne

**Clinical Social Worker**
Terry L Anderson, LCSW
Samaritan Counseling Center
300 West Wayne Street
Fort Wayne, IN
260-422-8566

Daniel S Bishton, LCSW
Neuropsychiatric Associates PC
5215 N. Bend Dr.
Fort Wayne, IN
260-432-5181

William G Brune, LCSW
Neuropsychiatric Associates PC
5215 N. Bend Dr.
Fort Wayne, IN
260-432-5181

David Cooper, LCSW
Psychiatric Care, Inc.
415 E. Cook Road, Suite 100
Fort Wayne, IN
260-489-6033

Kathleen S Hagerman, LCSW
Hobson Psychiatric Services PC
2021 Hobson Rd.
Fort Wayne, IN
260-483-3287

---

**\*\*\* Please be aware that some plans may have a Behavioral Health carve out, please verify that the provider you are inquiring about is in network for your plan\*\*\***



Departments    Lifestyle    Business/Industry
Things To Do    Be Our Guest    History
Mayor's Page    City Owner's Manual

Main Page
Activities
Education
Faith
Shopping
Restaurants
Neighborhoods
Health & Fitness
Social Services



## Lifestyle
### Social Services

lkhart lives up to its reputation as a city with a heart through an abundance of community services and resources to enhance the quality of life of our residents. Our numerous fraternal and social organizations offer assistance, compassion and support to those needing a helping hand, reflecting the caring spirit found throughout the entire area.

**Weather**

Elkhart, Indiana
3:00 PM EST
Cloudy
74°F
S 13 MPH





The city of Elkhart is widely known as the "City with a Heart," and that fact is clearly demonstrated by the wide variety of social services available in the Elkhart/Goshen area, many of which are listed below:

**Social Service Agencies:**
**Big Brothers/Big Sisters** - 574-875-1039    Visit Website

**Boys and Girls Clubs of Elkhart County** - 574-534-5933

**Center for Community Justice** - 574-522-6685

**Family Services of Elkhart County** - 574-295-6596    Visit Website

**Goodwill Industries** - 574-875-5068    Visit Website

**Oaklawn Psychiatric Center** - 574-533-1234    Visit Website

**St. Vincent DePaul Society** - 574-251-4906    Visit Website

**Salvation Army/Elkhart Corps** - 574-294-6668    Visit Website

**Youth Services Bureau (FOCUS)** - 574-294-4965

**United Way of Elkhart County** - 574-293-8671    Visit Website

**Employment/Unemployment:**

**Workforce Development** - 574-295-0105   Visit Website

**Elkhart Marriage/Family/Child Counselors:**
After Hours Counseling Center - 574-246-1550
Associated Psychological Services PC - 574-294-6921
Barnett, Maureen - 574-293-8005
Behavioral Psychological Family Services - 574-293-1998
Birky, Millie - 574-264-1501
Cook, Janet K., M.A. - Behavioral Consultant - 574-522-2114
Bonhomie Counseling Corporation - 574-293-5991
Care Counseling Service - 574-875-7473
Concord Counseling Center - 574-875-3232
Cornerstone Counseling & Associates - 574-536-7614
Elkhart General Center For Behavioral Medicine Counseling Services - 574-523-3347
Gateway Growth Center - 574-522-9246
Koch, Richard Counseling Services - 574-2895-2515
Madison Center & Hospital - Elkhart - 574-266-8480
Monroe, Linda, PhD - 574-294-6921
New Life Counseling - 574-522-7470
Oyer, Michael - 574-522-6292
Pfeil, Robert - 574-293-2365
Psychological & Family Consultants - 574-522-6292
Recovery Connections of Michiana - 574-262-3231
Renewal Center Dotson Group - 574-522-7470
Souder, Shirley - 574-262-9773
Stamper, Connie - 574-266-1891
Todd, Lou Ann, Inc. - 574-264-1501

Back to top of page.



## superpages.com   we know around here

HOMEPAGE    MY DIRECTORY    YELLOW PAGES    PEOPLE PAGES    CITY PAGES    CONSUMER CENTER    ADVERTISE WITH US

**Business Profile**

© **Business Owners:** Create a FREE Business Profile

Save | Print | Update | What's Nearby

## Todd Lou Ann LCSW LMFT

**phone:** (574) 264-1501

1750 Kilbourn Street, Elkhart, IN 46514
map | driving directions

**Products & Services:**
Marriage & Family Counseling

**Appears in the Categories:**
Mental Health Clinics, Business Services, Marriage & Family
Counseling

Data provided by one or more of the following: Verizon Directories Corp., Acxiom, Amacai, or lawyers.com.

| Keyword (browse) | or Business Name | Location (City, State, or ZIP) | |
|---|---|---|---|
| | | | Find It   Search Tips |

Home | SuperPages Español | Yellow Pages | People Pages | Merchandise | eBay Search | Web Search | My Directory
City Pages | Consumer Center | Advertise With Us | About Us / Help | Add / Change Listing | Contact Us | Feedback
Privacy Policy | Copyright / Web Site Use Agreement | Site Index | Verizon Products / Services | Careers at SuperPages

Copyright 1996 - 2005 © Verizon All rights reserved.



Web  Images  Groups  News  Froogle  **Local**  more »

lou ann todd          Elkhart, IN                    Search
What          Where  ☐ Remember this location

**Local**

Results **1-4** of **4** for **lou ann todd** at **1750 Kilbourn St, Elkhart, IN 46514**

## Lou Ann Todd Inc

(574) 264-1501
1750 Kilbourn St
Elkhart, IN 46514
1.3 mi W- Directions



View Larger Map



View Larger Map

**Products & Services:** Marriage & Family Counseling
More from SuperPages.com »

### References

Todd Lou Ann LCSW, 1750 Kilbourn Street, Elkhart, IN 46514 ...
What's Nearby Save Listing Print-Friendly Version Business Owners: Add or update
your FREE Business Profile, Business Profile. **Todd Lou Ann** LCSW. ...
http://yellowpages.superpages.com/profile.jsp?T=Elkhart&S=IN&LID=kNdt%2Bur1ozfRH0yrKtD6yg%3D%3D&SRC=loc

Welcome to the City of Elkhart, Indiana - The City with a Heart
... abundance of community services and resources to enhance the quality of
life of our residents. Our. Birky, Millie - **574-264-1501**.
http://www.elkhartindiana.org/content.php?id=27&c_id=144 - Cached

Name: Birky, Millie - **Lou Ann Todd Incorporated**
Name: **Birky, Millie - Lou Ann Todd Incorporated** Address: 1750 Kilbourn
St, Elkhart, IN 46514 Phone: (574) 264-1501
http://national.citysearch.com/profile/37123755

Name: Todd, Lou Ann - **Lou Ann Todd Incorporated**
Name: **Todd, Lou Ann - Lou Ann Todd Incorporated** Address: 1750 Kilbourn
St, Elkhart, IN 46514 Phone: (574) 264-1501
http://national.citysearch.com/profile/4010449

lou ann todd          Elkhart, IN                    Search

**Citysearch**

Hurricane Katrina Relief

New to Citysearch? SIGN UP
Sign In · Help · Sep 28 2005

Home | Restaurants & Bars | Hotels | Shopping | Spa & Beauty | Movies | Events | See More Categories »

Search Business name, category, and/or keyword

Address, city & state, or zip

Search

Search by name only

My Locations

Best of Citysearch: Vote now for your favorite bar & club

Home · Yellow Pages · Community & Social Services · Counseling · **Profile**

Save to My Citysearch | Printer Friendly Version

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Search for Counseling Degree Programs**
Find online schools for degree programs in counseling, psychology, human services, public administration and social work.
www.guidetoonlineschools.com

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Phone and Online Counseling**
Problems with marriage, divorce or sex? Get immediate, confidential help with phone counseling. Experienced clinical psychologists. First 5 minutes free. Call toll free now.
www.briefcounseling.com

*sponsored links*

**Counseling Degree Programs - Directory**
Search our complete directory of U.S. psychology degree programs. Get admissions info from featured schools.
www.allpsychologyschools.com

**Phone and Online Counseling**
Problems with marriage, divorce or sex? Get immediate, confidential help with phone counseling. Experienced clinical psychologists. First 5 minutes free. Call toll free now.
www.briefcounseling.com

# Birky, Millie - Lou Ann Todd Incorporated

1750 Kilbourn St
Elkhart, IN 46514-1920 VIEW MAP
(574) 264-1501

**Add Your Rating!**
About our ratings
Ratings feedback

Send to a Friend

1 of 3

receive $1,500 per month. WEARE also told investors he was investing in "high yield programs," which would return between 200 and 1,200 per month. From November 19, 1999 to December 31, 2000, WEARE caused investors to transmit more than $8,000,000 in membership fees by means of wire transfers, checks and money orders to bank accounts in the United States, Canada, Luxembourg, and the West Indies. WEARE then used a portion of the funds to make payments back to investors. He allegedly converted the remainder of the funds for his own use and benefit and the use and benefit of others. United States Attorney John Suthers, said, simply, "If an investment sounds too good to be true, then it is too good to be true." If convicted WEARE faces up to 5 years imprisonment and/or a $250,000 fine for each of the nine counts of Wire Fraud and for each of the 2 counts of Mail Fraud. He also faces up to 10 years in federal prison and/or a $250,000 fine for each of the 4 counts of Engaging in Monetary Transactions in Property Derived from Unlawful Activity. This case was investigated by the U.S. Postal Inspection Service and the Federal Bureau of Investigation with the assistance of the Securities and Exchange Commission. The charges contained in the indictment are only allegations, and the defendant is presumed innocent unless or until proven guilty.

Transtar Distributors, Inc.

Florida Profit TRANSTAR DISTRIBUTOR, INC. 1727 BENTLEY BOULEVARD KISSIMMEE FL 34741Date Filed 08/27/1999 State FL DISSOLUTION 09/22/2000 Registered Agent Name & Address SPIEGEL & UTRERA, P.A. 343 ALMERIA AVENUE CORAL GABLES FL 33134 Officer/Director MASWADEH, NABIL A 1727 BENTLEY BOULEVARD KISSIMMEE FL 34741

TRANSTAR HOLDINGS, INC. Number: C1788221 Date Filed: 7/31/1996 Status: suspended Jurisdiction: California Mailing Address 5657 WILSHIRE BLVD., STE 310 LOS ANGELES, CA 90036 Agent for Service of Process VIRGIL ROBERTS 1620 26TH STREET, STE 150 SOUTH SANTA MONICA, CA 90404

On June 7, 2000, a search warrant was served upon the above-referenced storage unit. DEA investigators seized approximately 240 cases of pseudoephedrine tablets. Some of the pseudoephedrine was still in bottles, and some was loose in plastic bags.

- 6/07/2000 Tranquil Options/Bank One $25,000 *check* to ReMax

  ○ MAX WALKER REAL ESTATE, LLC: 131 E FRANKLIN ST STE 12, ELKHART, IN 46516 Status: Active Creation Date: 6/7/2000
  ○ Colorado BIG HORN PROPERTIES, LLC Filing Date: 06/07/2000 Status: GOOD State of Incorporation: CO Registered Agent : SIMPSON ANDREW J Principal Address: 2975 VALMONT RD STE 240 BOULDER CO 80301

Accordingly, the Administrator of the Drug Enforcement Administration, pursuant to the authority vested in him by 21 U.S.C. 823 and 824 and 28 CFR 0.100(b) and 0.104, hereby orders that DEA Certificate of Registration 004662TTY, previously issued to Transtar Distributors, Inc., be, and it hereby is, revoked; and any pending applications for renewal or modification of said registration be, and hereby are, denied. This order is effective April 4, 2002. Dated: February 22, 2002.

- **ATM CENTRAL, LLC** Entity Address: 125 N WEINBACH, STE 420 , EVANSVILLE, IN 47711 General Entity Information: Control Number: 2002022600017 Status: Active Entity Type: Domestic Limited Liability Company (LLC) Entity Creation Date: 2/22/2002 Entity Date to Expire: Entity Inactive Date:
- INTERNATIONAL STEEL GROUP INC.: 3100 EAST 45TH STREET , CLEVELAND, OH 44127 : Control Number: 2002052900015 Status: Active Creation Date: **5/28/2002**: Original Creation Date: 2/22/2002 Original Creation State: DE United Defense announced plans **5/28/2002** to acquire U.S. Marine Repair.

- Florida Foreign Profit INDIANA MORTGAGE NETWORK, INC.8395 KEYSTONE CROSSING #202 INDIANAPOLIS IN 46240 Date Filed 02/22/2002 State IN Agent Name & Address MEARS, STEPHEN D 25220 PELICAN CRK CIR., #202 BONITA SPRINGS FL 34134 Name Changed: 01/12/2004 Officer/Director SPECTOR, JASON H 10845 GEIST WOOPS LANE INDIANAPOLIS IN P
- CARLYLE ONE WILSHIRE MMR, L.P. Number: 200209800040 Date Filed: 4/4/2002 Status: active Jurisdiction: DELAWARE Principal Address 1001 PENNSYLVANIA AVE SUITE 220 WASHINGTON, DC 20004 Agent for Service of Process CT CORPORATION SYSTEM

On July 29, 2000, the Administrator of the Drug Enforcement Administration (DEA), issued an Order to Show Cause (OTSC) to North American Group, located in Kissimmee, Florida, notifying it of a preliminary finding that, pursuant to evidence set forth therein, it was responsible for the diversion of large quantities of List I chemicals into other than legitimate channels.

On July 31, 2000, a copy of the OTSC was affixed to the front door of the business premises, since no one appeared to be present at the business. On this same date, a second copy of the OTSC was sent certified mail, return receipt requested, to North American Group. The mailed OTSC was returned marked "attempted--unclaimed." No request for a hearing or any other response was received by DEA from North American Group nor anyone purporting to represent it in this matter.

COMPLIANCE ALLIANCE, LLC Number: 200023110047 Date Filed: 8/11/2000 Status: active Jurisdiction: CALIFORNIA Principal Address 2211 N LAMER ST BURBANK, CA 91504 Agent for Service of Process KENNETH J. REGOPOULOS 2211 N LAMER ST BURBANK, CA 91504

TEAM FINANCE LLC Filing Date: 08/11/2000 Status: GOOD State of Incorporation: CO Last Report: 01/14/2003 Last Report Agent Name: MERANTE JOE Physical Address: 412 NOKOMIS CT FORT COLLINS Colorado 80524

On September 14 and 15, 1999, law enforcement personnel seized approximately 11,300 bottles of pseudoephedrine tablets from clandestine methamphetamine laboratories in California. Using the lot numbers on the seized bottles, DEA traced the product back to NAG. On October 15, 1999, DEA seized 4000 bottles of pseudoephedrine tablets form a clandestine methamphetamine laboratory in Los Angeles, California. Using the lot numbers on the seized bottles, DEA traced the product back to NAG. In December of 1999, a DEA Confidential Source revealed that Hesham (last name unknown) and three other individuals shipped 16 boxes, with an aggregate weight of 1000 pounds, to Portland, Oregon. On

On May 18, 2000, DEA investigators observed the owner of Denver Wholesale, a pseudoephedrine distributor also under investigation by DEA, arrive at the Orlando Airport where he was met by Nabut. On May 18 and 19, 2000, DEA investigators observed Nabut and this individual meet with several other individuals currently under investigation by DEA for the illicit diversion of pseudoephedrine.

"Denver Wholesale Company" CHILDREN AGAINST ABDUCTION, INC. Entity ID: 19961057850 Entity Type: CORPORATION Filing Date: 04/29/1996 Status: DISSOLVED State of Incorporation: CO Term: PERPETUAL Inactive Date: 10/01/2002 Last Report: Report not filed Last Report Filing ID: none Name Reservation Expires: N/A

CHILDREN AGAINST ABDUCTION, INC. 2 COMMENT ONLY REPORT 03/17/1998 CR - 04/01/1998 - 06/30/1998 3 COMMENT ONLY REPORT 07/24/1998 CR - 07/31/1998 - DA 09/30/1998 4 19981137510 TRDNAM 07/28/1998 n/a DENVER WHOLESALE COMPANY 5 19981137509 REPORT 07/28/1998 n/a PERIODIC REPORT 6 19981220828 TRDNAM 12/14/1998

@ **Citysearch**                          🌀 Hurricane Katrina Relief                    New to Citysearch? [SIGN UP]
                                                                                          Sign In · Help · Sep 28 2005

| Home | Restaurants & Bars | Hotels | Shopping | Spa & Beauty | Movies | Events | 📖 See More Categories » |

**Search** Business name, category, and/or keyword         Address, city & state, or zip

[                              ]                            [                              ]        [ Search ]
☐ Search by name only                                      My Locations: ▼

                              Best of Citysearch: Vote now for your favorite bar & club

Home · Yellow Pages · **Profile**                                      💾 Save to My Citysearch   🖨 Printer Friendly Version

## Walker Jr, Max - Walker & Parker Law Office
131 E Franklin St Ste 12                                                               **Add Your Rating!**
Elkhart, IN 46516-3667  [VIEW MAP]
(574) 296-7887                                                                          About our ratings
                                                                                        Ratings feedback

✉ Send to a Friend

Own this business?                 🚗 **Driving Directions**
» Enhance or edit your listing
                                   **1. Enter starting address:  2. Enter destination address:**
See something wrong?
» Suggest a correction             Address:                     Address:
                                   [                  ]         [131 E Franklin St Ste 12]
▷ **Things to do nearby:**          City:                        City:
131 E Franklin St Ste 12           [                  ]         [Elkhart]
Elkhart, IN 46516-3667             State:    Postal Code:       State:    Postal Code:
                                   [    ]    [          ]       [IN]      [46516-3667]
· Restaurants
· Hotels
· Bars                             ▶ **Options**
· Movie Theaters
· Department Stores                **Display type:**                  **Avoid the following:**
· Shopping Centers & Malls
· Grocery Stores                   ◉ Text                             ☐ Limited access highways
· Pharmacies                       ○ Turn by turn maps with text      ☐ Toll
· Florists
· Banks                                                               ☐ Ferry lanes

🔍 **Related Searches**                           [Calculate Directions]

· Elkhart                          📍 **Find A Different Location**
· Search anything in National
· Search Yellow Pages in           **Enter Location Address:**
  National
· Search other Cities              Address:
· Browse National Editorial        [131 E Franklin St Ste 12]
  Lists
                                   City:
                                   [Elkhart]

                                   State:    Postal Code:
                                   [IN]      [46516-3667]

                                             [Calculate Directions]

1 of 2

 Web  Images  Groups  News  Froogle  **Local**  more »

| max walker attorney | Elkhart, IN | Search |

What                Where    ☐ Remember this location

**Local**        Results 1-2 of 2 for **max walker attorney** at 131 E Franklin St # 12, Elkhart, IN 46516

# Walker Max K Jr Atty

(574) 296-7887
131 E Franklin St # 12
Elkhart, IN 46516
0.3 mi NE- Directions



View Larger Map



View Larger Map

## References

Name: Walker Jr, Max - Walker & Parker Law Office
Name: **Walker Jr, Max - Walker & Parker Law Office** Address: 131 E Franklin
St Ste 12, Elkhart, IN 46516 Phone: (574) 296-7887
http://national.citysearch.com/profile/4011725

Name: Parker, R Michael - Walker & Parker Law Office
Name: **Parker, R Michael - Walker & Parker Law Office** Address: 131 E Franklin
St Ste 12, Elkhart, IN 46516 Phone: (574) 296-7887
http://national.citysearch.com/profile/4011792

| max walker attorney | Elkhart, IN | Search |

What                Where    ☐ Remember this location

Edit this Listing - Information for Business Owners

Local Search Home - Google Home - Terms of Use - Local Search Help