UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| AMIR H. SANJARI | |
|---|---|
| Plaintiff | CIVIL ACTION |
| V. | NO. <u>05cv11723 RCL</u> |
| ALISON GRATZOL, et al | |
| Defendant | |

## ORDER RETURNING PLEADINGS

<u>Lindsay</u>  D.J.

On <u>October 17, 2005</u> the Clerk received your <u>Reply Memorandum in support of Motion to Dismiss Elkhart Superior Court, State of Indiana, and Judge Rex L. Reed.</u>

for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

- ( ) The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

- ( ) The papers or documents do not conform to Local Rule 5.1(a) because:
    - ( ) Board of Bar Overseers Registration Number has not been provided.
    - ( ) 8 1/2" x 11" paper has not been used.
    - ( ) A backer is attached.
    - ( ) The documents are not properly bound.
    - ( ) The text is not double-spaced.
    - ( ) The discovery request or response text is not single-spaced.

- ( ) Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

- ( ) Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

- ( ) The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

- (X) Other  <u>Counsel did not file a motion for leave to file a reply to Plaintiff's opposition to defendant's motion to dismiss</u>.

| <u>10/18/2005</u> | <u>/s/   Reginald C. Lindsay</u> |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

(Retndocs.ord - 09/92)                                                                                              [o.]