UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amir H. Sanjari,<br><br>Plaintiff,<br><br>vs.<br><br>ALISON GRATZOL<br>JOHN GRATZOL<br>MAX K. WALKER, JR., ESQ.<br>LOU ANN TODD<br>ELKHART SUPERIOR COURT 5 OF<br>    STATE OF INDIANA<br>JUDGE REX L. REED<br><br>Defendants. | Civil Action No. 05 – 11723 RCL |


**PLAINTIFF AMIR H. SANJARI'S MOTION TO
ENTER DEFAULT AND
ENTER SUMMARY JUDGMENT
AGAINST
ELKHART SUPERIOR COURT 5, OF STATE OF INDIANA**

Comes now the Plaintiff, Amir H. Sanjari, *Pro Se*, in this matter submits his sworn affidavit attached herein in direct support of his motion to **enter default** and **summary judgment** against Defendant Elkhart Superior Court 5, of State of Indiana, in accordance with the relevant federal rules including, but not limited to, Fed. R. Civ. P. 55, Fed. R. Civ. P. 56, Fed. R. Civ. P. 57, Fed. R. Civ. P.58 and any other relevant rule(s), for relief that is true and lawful, and just and proper in the premises.

Fed. R. Civ. P. 55 (a) states: " *When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and*

1

*that fact is made to appear by affidavit or otherwise, the clerk **shall** enter the party's default."*

This motion is filed without prejudice to the Plaintiff's rights and expectations for a hearing and a jury trial.

Plaintiff, in direct support of his Motion to Enter Default and Summary Judgment in this cause, states:

1. Plaintiff filed his Complaint in this matter on August 19, 2005 (entered) and summonses were served appropriately.

2. Plaintiff filed his Amended Complaint in this matter on September 8, 2005, (entered) and summonses were served appropriately.

3. Plaintiff has never received service of any valid response by the Defendant to his Complaint or Amended Complaint. Defendant's Motion To Dismiss has been in violation of Fed. R. Civ. P. 5, and/or Fed. R. Civ. P. 6, and/or Fed. R. Civ. P. 12.

4. Any response by the Defendant is now out of time, the time within which Defendant may answer or otherwise move as to the Amended Complaint has expired; and the time for the Defendant to answer or otherwise move has not been extended.

5. Therefore, Defendant <u>has failed to respond</u> to Plaintiff's Complaint or Amended Complaint in accordance with the Federal Rules of Civil Procedure (see above).

WHEREFORE, the undersigned Plaintiff now respectfully requests that this Court

A- enter default and summary judgment against the Defendant Elkhart Superior Court 5, of State of Indiana for remedies sought.

B- provide for all other relief, to the Plaintiff, that is true and lawful, and just and

proper in the premises (see Default Summary Judgments attached).

I affirm under the pains and penalties for perjury that the above and foregoing representations are true.

                                                        Respectfully submitted,

Dated: October 28, 2005

                                  Amir H. Sanjari
                                  In propria persona
                                  #18 Dale Street
                                  Unit 4-E
                                  Andover, Massachusetts 01810
                                  (270) 268-3086

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amir H. Sanjari, ) | Civil Action No. 05 – 11723 RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ALISON GRATZOL ) | |
| JOHN GRATZOL ) | |
| MAX K. WALKER, JR., ESQ. ) | |
| LOU ANN TODD ) | |
| ELKHART SUPERIOR COURT 5 OF ) | |
| STATE OF INDIANA ) | |
| JUDGE REX L. REED ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF
PLAINTIFF AMIR H. SANJARI'S MOTION TO
ENTER DEFAULT AND
ENTER SUMMARY JUDGMENT
AGAINST
ELKHART SUPERIOR COURT 5, OF STATE OF INDIANA**

I, Amir H. Sanjari, *Pro Se* Plaintiff in the above-entitled action, having been duly sworn, hereby declare, verify, certify and state as follows:

1. My name is Amir H. Sanjari. I am the Plaintiff in this case, and I have personal knowledge of the facts set forth herein.

2. I am a resident of Massachusetts.

3. Defendant is not an infant or incompetent person or in the military service of the United States.

4. I filed my Complaint in this matter on August 19, 2005 (entered), and

summonses were served appropriately.

5. I filed my Amended Complaint in this matter on September 8, 2005, (entered) and summonses were served appropriately.

6. I have never received service of any valid response (including Motion To Dismiss) by the Defendant to my Complaint or Amended Complaint. By not making service of Motion To Dismiss to me, the Defendant is in violation of the Fed. R. Civ. P. 5, and/or Fed. R. Civ. P. 6, and/or Fed. R. Civ. P. 12.

7. By the date of this instant Motion, there has been **no valid response filed** within the permitted time period by the Defendant that has conformed to the Federal Rules of Civil Procedure.

8. Therefore, Defendant has failed to respond to Plaintiff's Amended Complaint in accordance with the Federal Rules of Civil Procedure.
Any response by the Defendant is now out of time, the time within which Defendant may answer or otherwise move as to the Amended Complaint has expired; and the time for the Defendant to answer or otherwise move has not been extended.

**Sworn to under the pains and penalties of perjury this 28th day of October, 2005.**

Dated: October 28, 2005

Amir H. Sanjari

In propria persona
#18 Dale Street
Unit 4-E
Andover
Massachusetts 01810
(270) 268-3086

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the within document is served upon

David A. Arthur
Deputy Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
(Attorneys for Defendants Elkhart Superior Court, State of Indiana & Judge Rex L. Reed)

Ernest L. Sarason
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108
by US pre-paid mail on this 28th day of October 2005.

Cover sheets of this motion were also sent to

Eric M. Sommers, Esq.
McLane, Graf, Raulerson & Middleton, P.A.
City Hall Plaza
900 Elm Street
Manchester, NH 03105
(Attorneys for Defendants Alison and John Gratzol, & Max K. Walker, Jr.)

Peter C. Kober
Litchfield Cavo, LLP
6 Kimball Lane
Lynnfield, MA 01940
(Attorneys for Defendant Lou Ann Todd)

by US pre-paid mail on this 28th day of October 2005.

Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover
Massachusetts 01810
(270) 268-3086

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amir H. Sanjari, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ALISON GRATZOL ) <br> JOHN GRATZOL ) <br> MAX K. WALKER, JR., ESQ. ) <br> LOU ANN TODD ) <br> ELKHART SUPERIOR COURT 5 OF ) <br> STATE OF INDIANA ) <br> JUDGE REX L. REED ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05 – 11723 RCL |

REGINALD C. LINDSAY   District Judge

**DEFAULT SUMMARY JUDGMENT**

Defendant ___ELKHART SUPERIOR COURT 5, STATE OF INDIANA___, having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant has defaulted, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff is granted the following relief as per his Motion of 10.28.2005, and

- therefore, this Court orders the immediate stay of the Indiana state case, as described in the Plaintiff's Amended Complaint, and similarly orders that the venue of the case be expeditiously changed and the case be removed from the jurisdiction of the Defendant court and that it, similarly expeditiously, be moved to a new venue _____ (court/city/state) outside Indiana / Northern Indiana in order to provide compliance with the United States laws and the Constitution, and minimize tainting of the case.

DATED: ___th day of _____, 2005 _____
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amir H. Sanjari,  ) | Civil Action No. 05 – 11723 RCL |
| ) | |
| Plaintiff,  ) | |
| ) | |
| ) | |
| vs.  ) | |
| ) | |
| ALISON GRATZOL  ) | |
| JOHN GRATZOL  ) | |
| MAX K. WALKER, JR., ESQ.  ) | |
| LOU ANN TODD  ) | |
| ELKHART SUPERIOR COURT 5 OF  ) | |
| STATE OF INDIANA  ) | |
| JUDGE REX L. REED  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

REGINALD C. LINDSAY   District Judge

**DEFAULT SUMMARY JUDGMENT**

Defendant ___ELKHART SUPERIOR COURT 5, STATE OF INDIANA___, having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant has defaulted, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff is granted the following relief as per his Motion of 10.28.2005, and

- therefore, this Court issues order declaring that Elkhart Superior Court 5, State of Indiana violated the Plaintiff's fundamentally protected Civil and Constitutional Rights during the course of the Indiana state case as described in the Plaintiff's Amended Complaint.

DATED: ____th day of _____, 2005   _____
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

7