UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
AT CLERKS OFFICE

2005 NOV 21  A 10 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Amir H. Sanjari,              ) | Civil Action No. 05 – 11723 RCL |
| )                              | |
| Plaintiff,   ) | |
| )                              | |
| vs.                            ) | |
| )                              | |
| ALISON GRATZOL              ) | |
| JOHN GRATZOL                ) | |
| MAX K. WALKER, JR., ESQ.    ) | |
| LOU ANN TODD                ) | |
| ELKHART SUPERIOR COURT 5 OF ) | |
| STATE OF INDIANA       ) | |
| JUDGE REX L. REED           ) | |
| )                              | |
| Defendants.  ) | |

PLAINTIFF AMIR H. SANJARI'S MOTION FOR LEAVE TO
FILE A REPLY TO
DEFENDANTS ELKHART SUPERIOR COURT 5, STATE OF INDIANA
AND
JUDGE REX L. REED'S
RESPONSE TO MOTIONS FOR DEFAULT,
AND PLAINTIFF'S OBJECTION TO MASSACHUSETTS AS A PARTY

Comes now the Plaintiff, Amir H. Sanjari, *Pro Se*, in this matter submits his sworn affidavit attached herein in direct support of his motion to

- seek leave to file a reply to Defendants Rex L. Reed and Elkhart Superior Court 5, of State of Indiana's Response to Motions for Default.

- seek granting of the Plaintiff's Motion for Default (10.28.2005).

- seek removal from the instant case of participation of State of Massachusetts in this case as there is no complaint against the latter in this matter.

1

This motion is filed without prejudice to the Plaintiff's rights and expectations for a hearing and a jury trial. Moreover, Plaintiff reserves his rights to file further pleadings and filings, both in argument, evidence, brief, etc, in regard to the issues herein and within this case.

Plaintiff filed his Motions for Default against the said Defendants on October 28, 2005. Plaintiff received the said Defendants' Response To Motions For Default (hereafter referred to herein as "Defendants' Response", electronically file-stamped October 31, 2005) on November 4, 2005.

WHEREFORE, the undersigned Plaintiff now respectfully requests that this Court

A- grant leave to file a reply to Defendants Rex L. Reed and Elkhart Superior Court 5, of State of Indiana, Response to Motion for Default in accordance with the relevant federal rules.

B- grant the Plaintiff's Motion for Default (10.28.2005) since this Court does have the pre-requisite jurisdiction.

C- order dismissal of State of Massachusetts's participation in this case as there is no complaint against Massachusetts in this matter, unless there are compelling, relevant and valid reasons why it should participate in this matter in which case it be ordered to disclose them. In any case, Plaintiff files his objection to the said participation.

and provide for all other relief that is true and lawful, and just and proper in the premises.

I affirm under the pains and penalties for perjury that the above and foregoing representations are true.

Respectfully submitted,

*[signature]*

Dated: November 18, 2005

_____
Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover, Massachusetts 01810
(270) 268-3086