UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AMIR H. SANJARI**

**V.**                                              **CIVIL ACTION NO. 05-11723-RCL**

**ALISON GRATZOL, ET AL**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

    In accordance with the Court's Order of January 13, 2006 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, Alison Gratzol, John Gratzol, Max K. Walker, Jr., Lou Ann Todd, Superior Courts of the State of Indiana, a nd Judge Rex Reed dismissing this action.

January 17, 2006                                              /s/ Lisa M. Hourihan
                                                                                                       Deputy Clerk