UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Amir H. Sanjari, ) | Civil Action No. 05 – 11723 RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALISON GRATZOL ) | |
| JOHN GRATZOL ) | |
| MAX K. WALKER, JR., ESQ. ) | |
| LOU ANN TODD ) | |
| ELKHART SUPERIOR COURT 5 OF ) | |
| STATE OF INDIANA ) | |
| JUDGE REX L. REED ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AMIR H. SANJARI'S MOTION FOR
FINDING OF FACTS AND CONCLUSIONS OF LAW,
AND
AMENDMENT OF COURT'S ORDER**

Plaintiff, Amir H. Sanjari, the undersigned, is hereby filing his motions for finding of fact and conclusions of law and amendment of the court's January 17, 2006 order in accordance with Fed. R. Civ. Proc. 52 (a),(b), as follows:

1. Plaintiff filed his Amended Complaint against the said Defendants on September 8, 2005.

2. Defendants have been involved in a campaign of deliberate fraud, violation of civil and constitutional rights and conspiracy to violate the said rights of the Plaintiff. Defendants Gratzols, Walker, Reed and the Elkhart Superior Court # 5 of Indiana continue to violate the said rights to this date.

1

3. This Court unduly and in the face of evidence entered on January 17, 2006, an order dismissing Plaintiff's case against the Defendants.

4. Plaintiff received the entered order on January 21, 2006.

5. Plaintiff hereby requests that the Court present the legal (and otherwise) basis of its order by entering finding of fact and conclusions of law.

6. Plaintiff hereby requests that the Court amend its order of January 17, 2006 and set an oral hearing.

7. The Court has already been provided ample evidence and supporting legal arguments to support Plaintiff's case.

8. The Court missing this opportunity to grant the above requests to delve deeper into the compelling and disturbing facts of this case would further lend to the impression that it is biased and is involved in judicial favoritism as the Defendants include members of the judiciary (Reed and Superior Court of Indiana) who have been involved in violations of the United States Constitution and laws and conspiracy to defraud the Court and the Plaintiff and that the said violations in Indiana of the law and the Constitution extend beyond merely Judge Rex Reed. 18 U.S.C. 4, Misprision of felony, provides for this Court to investigate and consider such violations.

WHEREFORE, the Plaintiff requests that this Court
a) present and enter finding of fact and conclusions of law with regard to its order of January 17, 2006,

b) amend its order of January 17, 2006 and set an oral hearing to hear the Plaintiff's case with a full jury hearing to follow.

Dated: January 31, 2006

Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover, Massachusetts 01810
(270) 268-3086

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the within document is served upon

Eric M. Sommers, Esq.
McLane, Graf, Raulerson & Middleton, P.A.
City Hall Plaza
900 Elm Street
Manchester, NH 03105
(Attorneys for Defendants Alison and John Gratzol, and Max K. Walker, Jr.)

Peter C. Kober
Litchfield Cavo, LLP
6 Kimball Lane
Lynnfield, MA 01940
(Attorneys for Defendant Lou Ann Todd)

David A. Arthur
Deputy Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770

Ernest L. Sarason
Assistant Attorney General
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108

by U.S. Mail on January 31, 2006.

Amir H. Sanjari
In propria persona
#18 Dale Street
Unit 4-E
Andover
Massachusetts 01810
(270) 268-3086

3