## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amir H. Sanjari, ) | Civil Case No.   **05-11723-RCL** |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| ALISON GRATZOL ) | NOTICE OF APPEAL |
| JOHN GRATZOL ) | |
| MAX K. WALKER, JR. ) | |
| REX L. REED ) | |
| LOU ANN TODD ) | |
| SUPERIOR COURTS OF THE STATE ) | |
| OF INDIANA ) | |
| ) | |
| Defendants ) | |
| ) | |

### NOTICE OF APPEAL

Notice is hereby given that AMIR H. SANJARI, Plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment from the ORDER(S) entered granting the following motions: MOTION of Alison Gratzol, John Gratzol, Max K Walker, Jr., to Dismiss for Lack of Personal Jurisdiction ; granting MOTION to Dismiss Elkhart Superior Court and Judge Rex L. Reed for want of subject matter and personal jurisdiction; and granting Defendant Lou Ann Todd's Motion to Dismiss Amended Complaint for want of personal jurisdiction.

and JUDGMENT in favor of defendants against plaintiff thereupon entered in the above entitled action on 13th day of January 2006, and 17th day of January 2006 respectively.

Dated: February 12, 2006

Amir H. Sanjari
In propria persona
#18 Dale Street,      Unit 4-E
Andover, Massachusetts 01810
(270) 268-3086

1