## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11723

Amir H. Sanjari

v.

Alison Gratzol, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/14/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 13, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/13/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11723-RCL

Sanjari v. Gratzol et al
Assigned to: Judge Reginald C. Lindsay
Demand: $100,000,000
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 08/19/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Amir H Sanjari**     represented by **Amir H Sanjari**
4-E
18 Dale Street
Andover, MA 01810
PRO SE

V.

**Defendant**

**Alison Gratzol**     represented by **Eric M Sommers**
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03101
603-628-1260
Fax: 603-625-5650
Email: eric.sommers@mclane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Gratzol**     represented by **Eric M Sommers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max K Walker, Jr., ESQ**     represented by **Eric M Sommers**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Lou Ann**      represented by    **Eileen P. Kavanagh**
Litchfield Cavo
6 Kimball Lane
Suite 100
Lynnfield, MA 01940
781-309-1500
Fax: 781-246-0167
Email: kavanagh@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C. Kober**
Litchfield Cavo, LLP
6 Kimball Lane
Lynnfield, MA 01940
781-309-1500
Fax: 781-246-0167
Email: kober@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Superior Courts of the State of Indiana**      represented by    **Ernest Sarason**
Office of Attorney General's Office
Trial Division
One Ashburton Place
Boston, MA 02114
617-727-2200
Fax: 617-727-3076
Email: ernest.sarason@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Arthur**
Indiana Attorney General

                                                        Indiana Government Center
                                                        South, Fifth Floor
                                                        302 W. Washington Street
                                                        Indianapolis, IN 46204-2770
                                                        317-232-6286
                                                        Fax: 317-232-7979
                                                        Email: David.Arthur@atg.in.gov
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Rex Reed**　　　　　　　　represented by  **David A. Arthur**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                   **Ernest Sarason**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney General Steve Carter**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2005 | 1 | COMPLAINT against Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ, Todd Lou Ann, Superior Courts of the State of Indiana Filing fee: $ 250, receipt number 66381, filed by Amir H Sanjari. (Attachments: # 1 Part 2# 2 Exhibit # 3 Civil Cover Sheet)(York, Steve) (Entered: 08/22/2005) |
| 08/19/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (York, Steve) (Entered: 08/22/2005) |
| 08/19/2005 |  | Summons Issued as to Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ, Todd Lou Ann, Superior Courts of the State of Indiana. (York, Steve) (Entered: 08/22/2005) |
| 08/30/2005 | 2 | SUMMONS Returned Executed Alison Gratzol served on 8/22/2005, answer due 9/12/2005. (York, Steve) (Entered: 08/31/2005) |

| | | |
|---|---|---|
| 08/30/2005 | 3 | SUMMONS Returned Executed John Gratzol served on 8/22/2005, answer due 9/12/2005. (York, Steve) (Entered: 08/31/2005) |
| 08/30/2005 | 4 | SUMMONS Returned Executed Max K Walker, Jr., ESQ served on 8/22/2005, answer due 9/12/2005. (York, Steve) (Entered: 08/31/2005) |
| 08/30/2005 | 5 | SUMMONS Returned Executed Todd Lou Ann served on 8/20/2005, answer due 9/9/2005. (York, Steve) (Entered: 08/31/2005) |
| 08/30/2005 | 6 | SUMMONS Returned Executed Rex Reed served on 8/22/2005, answer due 9/12/2005. (York, Steve) (Entered: 08/31/2005) |
| 08/30/2005 | 7 | SUMMONS Returned Executed Steve Carter served on 8/22/2005, answer due 9/12/2005. (York, Steve) (Entered: 08/31/2005) |
| 09/08/2005 | 8 | AMENDED COMPLAINT against Rex Reed, Steve Carter, Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ, Todd Lou Ann, Superior Courts of the State of Indiana, filed by Amir H Sanjari. (Attachments: # 1)(York, Steve) (Entered: 09/08/2005) |
| 09/08/2005 | 9 | MOTION to Dismiss by Lou Ann Todd.(York, Steve) Modified on 9/9/2005 to correct filers name (York, Steve). (Entered: 09/08/2005) |
| 09/08/2005 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss filed by Lou Ann Todd. (York, Steve) to correct filers name Modified on 9/9/2005 (York, Steve). (Entered: 09/08/2005) |
| 09/08/2005 | 11 | AFFIDAVIT of Lou Ann Todd in Support re 9 MOTION to Dismiss filed by Lou Ann Todd. (York, Steve)to correct filers name Modified on 9/9/2005 (York, Steve). (Entered: 09/08/2005) |
| 09/19/2005 | 12 | SUMMONS Returned Executed Superior Courts of the State of Indiana served on 9/12/2005, answer due 10/2/2005. (Entered: 09/19/2005) |
| 09/19/2005 | 13 | SUMMONS Returned Executed Rex Reed served on 9/12/2005, answer due 10/2/2005. (York, Steve) (Entered: 09/19/2005) |
| 09/19/2005 | 14 | MOTION to Dismiss for Lack of Jurisdiction by Alison |

| | | |
|---|---|---|
| | | Gratzol, John Gratzol, Max K Walker, Jr., ESQ.(Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 15 | AFFIDAVIT of Max K. Walker, Jr. in Support re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ. (Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 16 | AFFIDAVIT of Alison Gratzol in Support re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ. (Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 17 | AFFIDAVIT of John Gratzol in Support re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ. (Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 18 | AFFIDAVIT of Eric M. Sommers, Esq. in Support re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 19 | MEMORANDUM in Support re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ. (Sommers, Eric) (Entered: 09/19/2005) |
| 09/19/2005 | 20 | Plaintiff Amir H. Sanjari's Cross-Motion in Opposition to Defendant Lou Ann Todd's re 9 MOTION to Dismiss and to Motion to Dismiss Amended Complaint filed by Amir H Sanjari. (York, Steve) (Entered: 09/20/2005) |
| 09/22/2005 | 21 | CERTIFICATE OF SERVICE by Todd Lou Ann. (York, Steve) (Entered: 09/22/2005) |
| 09/27/2005 | 22 | MOTION for Leave to Appear Pro Hac Vice by David A. Arthur Filing fee $ 50, receipt number 67127. by Rex Reed, Superior Courts of the State of Indiana. (Attachments: # 1 Notice of Appearance# 2 Affidavit and Certificate of David A. Arthur# 3 Text of Proposed Order)(York, Steve) (Entered: 09/27/2005) |
| 09/27/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 22 Motion for Leave to Appear Pro Hac Vice Added David A. Arthur for Rex Reed (York, Steve) (Entered: |

| | | |
|---|---|---|
| | | 09/27/2005) |
| 09/27/2005 | 23 | MOTION to Dismiss Elkhart Superior Court and Judge Rex L. Reed by Rex Reed, Superior Courts of the State of Indiana. (York, Steve) (Entered: 09/27/2005) |
| 09/27/2005 | 24 | MEMORANDUM in Support re 23 MOTION to Dismiss Superior Court and Judge Rex L. Reed by Rex Reed, Superior filed by Rex Reed, Superior Courts of the State of Indiana. (York, Steve) (Entered: 09/27/2005) |
| 10/03/2005 | 25 | Plaintiff Amir H. Sanjari's Opposition to Defendants Alison Gratzol, John Gratzol, and Max K. Walker, JR.'s re 14 MOTION to Dismiss for Lack of Jurisdiction filed by Amir H Sanjari. (York, Steve) Additional attachment(s) added on 10/4/2005 (York, Steve). Additional attachment(s) added on 10/4/2005 (York, Steve). (Entered: 10/04/2005) |
| 10/07/2005 | 26 | MOTION for Extension of Time to response to defendants Elkhart Superior Court, 5, of state of Indiana and Judge Rex L. Reed's Motion to dismiss and sanction against defendants and their attorney(s) by Amir H Sanjari.(York, Steve) (Entered: 10/11/2005) |
| 10/12/2005 | 27 | Defendant Lou Ann Todd's Motion to Dismiss Amended Complaint by Todd Lou Ann.(York, Steve) (Entered: 10/12/2005) |
| 10/12/2005 | 28 | Plaintiff Amir H. Sanjari's cross-motion in Opposition re 23 MOTION to Dismiss filed by Amir H Sanjari. (York, Steve) (Entered: 10/12/2005) |
| 10/17/2005 | 29 | REPLY to Response to Motion re 23 MOTION to Dismiss *Elkhart Superior Court and Rex Reed* filed by Rex Reed, Superior Courts of the State of Indiana. (Arthur, David) Additional attachment(s) added on 10/18/2005 (York, Steve). (Entered: 10/17/2005) |
| 10/18/2005 | 30 | Judge Reginald C. Lindsay : ORDER entered. ORDER entered returning returning Document numbered 29 to David A. Arthur(York, Steve) (Entered: 10/18/2005) |
| 10/20/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered finding as moot 9 Motion to Dismiss by Lou Ann Todd (York, Steve) (Entered: 10/20/2005) |
| 10/26/2005 | 31 | Plaintiff Amir H. Sanjari's Opposition re 27 MOTION to |

| | | |
|---|---|---|
| | | Dismiss and for Sanctions filed by Amir H Sanjari. (York, Steve) (Entered: 10/27/2005) |
| 10/28/2005 | 32 | MOTION for Default Judgment and MOTION for Summary Judgment as to Judge Rex L. Reed, by Amir H Sanjari. (Attachments: # 1)(York, Steve) (Entered: 10/31/2005) |
| 10/28/2005 | 33 | MOTION for Default Judgment and MOTION for Summary Judgment as to Elkhart Superior Court 5, of State of Indiana, by Amir H Sanjari. (Attachments: # 1)(York, Steve) (Entered: 10/31/2005) |
| 10/31/2005 | 34 | RESPONSE to Motion re 32 MOTION for Default Judgment as to Judge Rex L. Reed MOTION for Summary Judgment, 33 MOTION for Default Judgment as to Elkhart Superior Court 5, of State of Indiana MOTION for Summary Judgment filed by Rex Reed, Superior Courts of the State of Indiana. (Arthur, David) (Entered: 10/31/2005) |
| 11/21/2005 | 35 | MOTION for Leave to File a Reply to Defendant Elkhart Superior Court and Judge Rex Reed's Response to Motions For Default by Amir H Sanjari.(York, Steve) (Entered: 11/23/2005) |
| 11/21/2005 | 36 | AFFIDAVIT in Support re 35 MOTION for Leave to File to Defendant Elkhart Superior Court and Judge Rex Reed's Response to Motions For Default filed by Amir H Sanjari. (Attachments: # 1 Part 2)(York, Steve) (Entered: 11/23/2005) |
| 11/28/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 32 Motion for Default Judgment, denying 32 Motion for Summary Judgment, denying 33 Motion for Default Judgment, denying 33 Motion for Summary Judgment (York, Steve) (Entered: 11/28/2005) |
| 01/13/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting the following motions 14 MOTION of Alison Gratzol, John Gratzol, Max K Walker, Jr., ESQ to Dismiss for Lack of Personal Jurisdiction ; granting 23 MOTION to Dismiss Elkhart Superior Court and Judge Rex L. Reed for want of subject matter and personal jurisdiction; and granting 27 Defendant Lou Ann Todd's Motion to Dismiss Amended Complaint for want of personal jurisdiction. The clerk shall enter judgment dismissing this action. (Lindsay, Reginald) (Entered: 01/13/2006) |
| | | |

| | | |
|---|---|---|
| 01/13/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot the following motions, in light of orders entered by the court today granting motions to dismiss : 35 MOTION of Amir H Sanjari for Extension of Time to response to defendants Elkhart Superior Court, 5, of state of Indiana and Judge Rex L. Reed's Motion to dismiss and sanction against defendants and their attorney(s) and 26 MOTION of Amir H Sanjari for Leave to File a Reply to Defendant Elkhart Superior Court and Judge Rex Reed's Response to Motions For Default. (Lindsay, Reginald) (Entered: 01/13/2006) |
| 01/17/2006 | 37 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff(Hourihan, Lisa) (Entered: 01/17/2006) |
| 02/01/2006 | 38 | Motion for Finding of Facts and Conclusions of Law, and Amendment of Court's Order by Amir H Sanjari.(York, Steve) (Entered: 02/02/2006) |
| 02/06/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 38 Motion for Finding of Facts and Conclusions of Law, and Amendment of Court's Order by Amir H Sanjari. The court is not required by Fed. R. Civ. P. 52 to make findings of fact and state conclusions of law in ruling on a motion to dismiss. Furthermore, the ruling itself stated, as to the various parties and claims, that the dismissal of the plaintiff's claims was required because the court lacked subject matter and/or personal jurisdiction. (Lindsay, Reginald) (Entered: 02/06/2006) |
| 02/14/2006 | 39 | NOTICE OF APPEAL by Amir H Sanjari.filing fee $ 255 and receipt number 70334 received. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/6/2006. (York, Steve) (Entered: 02/14/2006) |