March 28, 2006

FILED
IN CLERKS OFFICE

2006 MAR 30 A 11: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

Honorable Clerk of the Court
United States District Court
For The District Of Massachusetts
US Courthouse
Suite 2300
1 Courthouse Way
Boston MA 02210

Re:    Civil Action No. 05 – 11723 RCL

Dear Sir / Madam,

This is to inform you of change of my mailing
address. Effective immediately, please amend your records accordingly and send all
communications pertaining to all cases (such as above) to the new address given below at
the bottom of this letter.

I'd appreciate your cooperation in this matter.

Respectfully,

Dr. Amir H. Sanjari

Plaintiff (*pro se*)

Amir H. Sanjari (Dr),    Member:    American Association of Physicists in Medicine
P.O. Box 789    Andover    Massachusetts    01810, USA
Tel: +1 (270) 268 3086