05-11723
USDC/MA
Lindsay J

# United States Court of Appeals
## For the First Circuit

No. 06-1453

AMIR H. SANJARI,

Plaintiff, Appellant,

v.

ALISON GRATZOL, ET AL.,

Defendants, Appellees.

Before

Torruella, Lynch and Lipez,
Circuit Judges.

JUDGMENT

Entered: February 15, 2007

Pro se Plaintiff-Appellant Amir Sanjari filed a complaint in federal district court, Massachusetts, alleging federal civil rights and state common law claims against his ex-wife and her husband, his daughters' therapist, the divorce attorney, and the state court and judge who presided over the Indiana divorce proceedings ("defendants"). The district court dismissed the case after granting the defendants' motions to dismiss for lack of personal jurisdiction, and for lack of subject matter jurisdiction over the Indiana state court and judge. After conducting a careful *de novo* review of this case, we affirm. Plaintiff-Appellant has neither alleged nor proffered sufficient facts establishing that the district court may exercise jurisdiction over any of the defendants in this case.

Accordingly, the judgment of the district court is affirmed and this appeal is dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
                    Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 4/18/07

[cc: Amir H. Sanjari, Eric M. Sommers, Esq., Eileen P. Kavanagh, Esq., Peter C. Kober, Esq., Ernest L. Sarason, Jr., AAG, David A. Arthur, Esq.]